LAW OFFICES OF
# JAMES P. NOLAN & ASSOCIATES
A Limited Liability Company

James P. Nolan, Jr., ID #004591987
Certified Criminal Trial Attorney
Fredrick L. Rubenstein, ID #004651994
Eric L. Lange, ID #038441997
Admitted in NJ & NY
Brian A. Bontempo, ID #151162016
Sanford Rader, ID #190871960
Of Counsel

March 26, 2021

*Via Electronic Filing Only*
William T. Walsh, Clerk of the Court
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Nijeer Parks v. John E. McCormac, et al.*
    *Civil Action No. 2:21-cv-04021-MCA-LDW*

Dear Mr. Walsh:

  Please be advised that this firm represents the interests of Defendants, John E. McCormac (improperly pled as John E. McCormack) Mayor of Woodbridge, Robert Hubner Director of the Woodbridge Police, Township of Woodbridge, City of Woodbridge Police Officer Andrew Lyszk and Woodbridge Police Sergeant Joseph Licciardi, with respect to the above-referenced matter. Enclosed herewith please find Defendants' Answer and Affirmative Defenses pertaining to this matter. Kindly provide Counsel with an electronically filed copy of same at your earliest convenience.

  Thank you for your kind attention to this matter.

            Very truly yours,

            Fredrick L. Rubenstein

FLR/sl
Enc.
cc: Daniel W. Sexton, Esq.
   *(via electronic filing only)*
   Lori A. Dvorak, Esq.
   *(via electronic filing only)*