

Philip D. Murphy
*Governor*

Sheila Y. Oliver
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
PO Box 45029
Newark, NJ 07101

Gurbir S. Grewal
*Attorney General*

MICHELLE L. MILLER
*Director*

April 24, 2021

*Via Electronic Filing and UPS Overnight Mail*
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court
Martin Luther King, Jr., Federal Bldg.
     & U.S. Courthouse
50 Walnut Street, Courtroom MLK 5C
Newark, NJ 07101

    Re: Parks v. Kuberiet, et al.,
      Civil Action No.: 2:21-CV-04021-MCA-LDW _____

Dear Judge Arleo:

  Enclosed please find a courtesy copy of defendant Christopher Kuberiet's Motion to Dismiss Plaintiff's Complaint. The papers also include a certificate of service, a brief in support, an exhibit, attorney certification, and a proposed Order. The documents have also been electronically filed with the Clerk.

      Respectfully submitted,

      GURBIR S. GREWAL
      ATTORNEY GENERAL OF NEW JERSEY


      By: ___s/ Jordynn Jackson___
         Jordynn Jackson
         Deputy Attorney General

Cc: *Via Electronic Filing and UPS Overnight Mail*
   Daniel W. Sexton, Esq.
   Daniel W. Sexton, LLC.
   2229 New Centre Road
   Hillsborough, NJ 08844

HUGHES JUSTICE COMPLEX • TELEPHONE: (973) 648-3573 • FAX: (973) 648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

April 24, 2021
Page 2

Fredrick L. Rubenstein, Esq.
James T. Nolan & Associates, LLC
61 Green Street
Woodbridge, New Jersey 07095

Lori A. Dvorak, Esq.
Dvorak & Associates, LLC
467 Middlesex Avenue
Metuchen, New Jersey 08840