UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

VICINAGE OF NEWARK

| | |
|---|---|
| Nijer Parks,<br><br>        Plaintiff,<br><br>v.<br><br>John E. McCormack, Robet Hubner, Andrew Lyszk, Joseph Licciadi, Middlesex Department of Corrections, Christopher Kuberiet, Peter Nastasi, et al.,<br><br>        Defendant. | HON. MADELINE COX ARLEO, U.S.D.J.<br><br>HON. LEDA DUNN WETTRE, U.S.M.J.<br><br>CIVIL ACTION NO.<br>2:21-CV-04021-MCA-LDW<br><br>**Return Date: June 7, 2021** |

BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
(973)648-7811
*Attorney for Defendant,*
*Christopher Kuberiet*

Jordynn Jackson (ID: 270752019)
DEPUTY ATTORNEY GENERAL
 On the Brief

## **TABLE OF CONTENTS**

**TABLE OF AUTHORITIES** ..........................................................Error! Bookmark not defined.

**PRELIMINARY STATEMENT** ................................................................................. 1

**PROCEDURAL HISTORY AND STATEMENT OF FACTS** .............................. 2

**STANDARD OF REVIEW** ........................................................................................ 3

      A.    **Motion to dismiss the complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).** ......................................................... 3

      B.    **Motion to dismiss the complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).** ................... 4

**ARGUMENT** ................................................................................................................ 5

    **POINT I** ................................................................................................................. 5

        **THE ABSOLUTE PROSECUTORIAL IMMUNITY BARS PLAINTIFF'S CLAIMS AGAINST KUBERIET...** ................................. 5

    **POINT II** ............................................................................................................... 8

        **ALL CONSTITUTIONAL CLAIMS AGAINST KUBERIET SHOULD FURTHER BE DISMISSED BECAUSE HE IS NOT CONSIDERED A "PERSON" AMENABLE TO SUIT UNDER THE NJCRA.** .......................................................Error! Bookmark not defined.**8**

    **POINT III** ............................................................Error! Bookmark not defined.**12**

        **PLAINTIFF'S CLAIM AGAINST FIRST ASSISTANT MIDDLESEX COUNTY PROSECUTOR CHRISTOPHER KUBERIET SHOULD BE DIMISSED BECAUSE KUBERIET IS ENTITLED TO QUALIFIED IMMUNITY.** ................................................................... 12

    **POINT IV** ........................................................................................................... 16

        **PLAINTIFF'S CLAIM AGAINST FIRST ASSISTANT MIDDLESEX COUNTY PROSECUTOR CHRISTOPHER KUBERIET SHOULD BE DIMISSED BECAUSE PLAINTIFF HAS FAILED TO STATE A CLAIM THAT KUBERIET VILOATED HIS CIVIL RIGHTS.** ...... 16

    **POINT V** ............................................................................................................. 16

        **PLAINTIFF'S CLAIM AGAINST FIRST ASSISTANT MIDDLESEX COUNTY PROSECUTOR CHRISTOPHER KUBERIET SHOULD**

**BE DIMISSED BECAUSE PLAINTIFF HAS FAILED TO SERVE A NOTICE OF TORT CLAIM WITHIN NINETY DAYS OF THE ACCRUAL OF HIS CLAIM.. ................................................................. 16**

**CONCLUSION ........................................................................................................................ 18**

# TABLE OF AUTHORITIES

**Cases**      **Page(s)**

*Anderson v. Larson*,
   327 F.3d 762 (8th Cir. 2003) ................................................................................... 7

*Anderson v. Creighton,*
   483 U.S. 635, 639 (1987) ................................................................................. 12, 13

*Ashcroft v. Al-Kidd*,
   563 U.S. 731, 743 (2011) ................................................................................. 12, 13

*Ashcroft v. Iqbal*,
   556 U.S. 662 (2009) ................................................................................................ 4

*Beauchamp v. Amedio*,
   164 N.J. 111, 123 (2000). .................................................................................16, 17

*Bell Atl. Corp. v. Twombly*,
   550 U.S. 544 (2007) ................................................................................................ 4

*Buckley v. Fitzsimmons*,
   509 U.S. 259 (1993) ................................................................................................ 6

*Bullard v. Bureau of Unemployment and Allowances*,
   516 F. App'x 111 (3d Cir. 2013) ............................................................................ 8

*Butz v. Economou*,
   438 U.S. 478 (1978) ............................................................................................6, 7

*Calan v. City of Jersey City*,
   2017 WL 1135231 (D.N.J. March 27, 2017) ...................................................... 10

*Camreta v. Greene*,
   563 U.S. 692, 705 (2011) ..................................................................................... 13

*Crawford-El v. Britton*,
   523 U.S. 574, 597-98 (1998) ............................................................................... 14

*Cronen v. Texas Dep't of Human Serv.*,
   977 F.2d 934, 936 (5th Cir. 1992) ....................................................................... 11

*Davis v. Scherer*,
   468 U.S. 183, 194 (1984) ..................................................................................... 14

*Evans v. City of Newark*,
   2016 WL 2742862 (D.N.J. May 10, 2016) ............................................................... 11

*Falat v. Cty. of Hunterdon*,
   2018 WL 3554139 (App. Div. July 25, 2018) ..................................................... 9, 10

*Fowler v. UPMC Shadyside,*
   2018 WL 3554139 (App. Div. July 25, 2018) ..................................................... 9, 10

*Fuchs v. Mercer Cty.*,
   578 F.3d 203, 211 (3d Cir. 2009) ............................................................................. 4

*Gass v. DYFS Workers*,
   371 F. App'x 315 (3d Cir. 2010) .............................................................................. 8

*In re Montgomery County*,
   215 F.3d 367, 373 (3d Cir. 2000) ............................................................................. 5

*Harlow v. Fitzgerald*,
   457 U.S. 800, 819 (1982) .................................................................................. 12, 14

*Hof v. Janci*,
   2017 WL 3923296 (D.N.J. Sept. 7, 2017) ......................................................... 11, 13

*Howlett v. Rose*
   496 U.S. 356, 365 (1990) ........................................................................................ 11

*Iaconianni v. N.J. Turnpike Auth.*,
   236 N.J. Super. 294 (App. Div. 1989), *certif. denied*, 121 N.J. 592 (1990) ........... 17

*Imbler v. Pachtman*,
   424 U.S. 409 (1976) .................................................................................................. 5

*Int'l Fin. Corp. v. Kaiser Grp. Int'l, Inc.,*
   399 F.3d 558, 565 (3d Cir. 2005) ............................................................................. 3

*Ismail v. Cnty. of Orange*,
   917 F. Supp. 2d 1060 (C.D. Cal. 2012) ................................................................... 7

*Jutrowski v. Twp. of Riverdale,*
   904 F.3d 280, 289 (3d Cir. 2018) ........................................................................... 15

*Keffer v. Reese*,
   2018 WL 928255 (W.D. Pa. Feb. 16, 2018) ............................................................ 7

*Kulwicki v. Dawson*,
   969 F.2d 1454 (3d Cir. 1992) ................................................................................... 5

*Lutz v. Twp. of Gloucester*,
    153 N.J. Super. 461, 466 (App. Div. 1977) ..............................................................17

*Estate of Lagano v. Bergen Cty. Prosecutor's Office*,
    769 F.3d 850 (3d Cir. 2014)......................................................................................11

*Estate of Martin v. U.S. Marshals Service Agents*,
    649 F. App'x 239, 245 n.4 (3d Cir. 2016) ...........................................................9, 10

*Glass v. City of Phila,*
    455 F. Supp. 2d 302, 363 (E.D. Pa. 2006) ...............................................................15

*Hope v. Pelzer*,
    536 U.S. 730, 741 (2002)..........................................................................................14

*Loigman v. Twp. Comm.*,
    185 N.J. 566 (2004) ..............................................................................................5, 7

*Love v. Middlesex Cty. Prosecutor's Office*,
    2020 WL 3124681 (App. Div. June 12, 2020) ..........................................................6

*Major Tours, Inc. v. Colorel*,
    720 F. Supp. 2d 587, 604 (D.N.J. 2010) .................................................................10

*Malleus v. George*,
    641 F.3d 560, 563 (3d Cir. 2009)...............................................................................4

*Malley v. Briggs*,
    475 U.S. 335, 341 (1986)..........................................................................................12

*Manning v. South Carolina Dep't of Highway and Pub. Transp*,
    914 F.2d 44, 48 (4th Cir. 1990) ................................................................................11

*Mark v. Borough of Hatboro*,
    51 F.3d 1137, 1141 (3d. Cir. 1995)...........................................................................10

*Martin v. New Jersey*,
    2017 WL 1025178 (D.N.J. March 16, 2017)...........................................................13

*McKinney v. Bergen County Prosecutor's Office*,
    2014 WL 2574414 (D.N.J. June 4, 2014) ................................................................11

*Michaels v. McGrath,*
    531 U.S. 1118 (2001)................................................................................................13

*Michaels v. New Jersey*,
    50 F. Supp. 2d 353, 363 (D.N.J. 1999), *aff'd*, 222 F.3d 118 (3d Cir. 2000)...........13

*Mitchell v. Forsyth*,
 472 U.S. 511 (1985) ..................................................................................................... 12

*Mitchell v. McNeil*,
 472 U.S. 511 (1985) .................................................................................................. 5, 12

*Moon v. Warren Haven Nursing Home,*
 182 N.J. 507 (2005) ..................................................................................................... 17

*Morse v. Lower Merion Sch. Dist.*,
 132 F.3d 902, 907 n.8 (3d Cir. 1997) ............................................................................. 4

*Mortensen v. First Fed. Sav. & Loan Ass'n*,
 549 F.2d 884, 891 (3d Cir. 1977) .................................................................................. 3

*Mullenix v. Luna*,
 136 S. Ct. 305, 308 (2015) ........................................................................................... 13

*In re Montgomery County*,
 487 F.3d 374, 378 (6th Cir. 2007) ............................................................................... 15

*Kedra v. Schroeter*,
 876 F.3d 424, 449-50 (3d Cir. 2017) ........................................................................... 14

*Kroll v. Board of Trustees*,
 934 F.2d 904, 910 n. 7 (7th Cir.), *cert. denied*, 502 U.S. 941 (1991) ......................... 11

*Odd v. Malone*,
 538 F.3d 202 (3d Cir. 2008) .......................................................................................... 6

*Orsatti v. N.J. State Police*,
 71 F.3d 480, 483 (3d Cir. 1995) .................................................................................. 13

*Owens v. Feigin*,
 194 N.J. 607 (2008) ....................................................................................................... 9

*Pearson v. Callahan*,
 371 F. Supp. 2d 622, 626 (D.N.J. 2005) ........................................................................ 4

*Perry v. Gold & Laine, P.C.*,
 555 U.S. 223, 231 (2009) ............................................................................................. 12

*Plumhoff v. Rickard*,
 572 U.S. 765, 779-80 (2014) ....................................................................................... 13

*Priore v. State*,
 190 N.J. Super. 127, 130 (App. Div. 1983) ................................................................. 17

*Quern v. Jordan*,
   440 U.S. 332 (1979) ............................................................................................................... 10

*Ramos v. Flowers*,
   429 N.J. Super. 13 (App. Div. 2012) ....................................................................................... 9

*Reichle v. Howards*,
   566 U.S. 658, 664 (2012) ....................................................................................................... 12

*Saucier v. Katz*,
   533 U.S. 194, 205 (2001) ....................................................................................................... 12

*Schloss v. Bouse*,
   876 F.2d 287 (2d Cir. 1989) ..................................................................................................... 7

*Small v. State*,
   2015 WL 1057840 (App. Div. March 12, 2015) ..................................................................... 6

*Smolow v. Hafer*,
   353 F. Supp. 2d 561, 566 (E.D. Pa. 2005). .............................................................................. 3

*Trafton v. City of Woodbury*,
   799 F. Supp. 2d 417, 443 (D.N.J. 2011) .................................................................................. 9

*Tumpson v. Farina*,
   218 N.J. 450 (2014) ............................................................................................................ 8, 9

*Will v. Mich. Dep't of State Police*,
   491 U.S. 58 (1989) ........................................................................................................... 10, 11

*Williams v. Sec'y Pa. Dep't of Corr.*,
   848 F.3d 549, 570 (3d Cir. 2017) ........................................................................................... 13

**Statutes**

42 U.S.C. § 1983 .................................................................................................................. *passim*

N.J.S.A. 10:6-1 to 10:6-2 ...................................................................................................... *passim*

N.J. Stat. Ann. § 59:8-3 ........................................................................................................ *passim*

**Rules**

Fed. R. Civ. P. 12(b)(1) ........................................................................................................ *Passim*

Fed. R. Civ. P. 12(b)(6) ........................................................................................................ *Passim*

-1-