GURBIR S. GREWAL
Attorney General of New Jersey
124 Halsey Street
Newark, New Jersey 07101
    *Attorney for Defendant,*
    *Christopher Kuberiet*

By:    Jordynn Jackson
       Deputy Attorney General
       (973) 648-7811
       Jordynn.Jackson@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| Nijer Parks,<br><br>    Plaintiff,<br><br>v.<br><br>Christopher Kuberiet et als.,<br><br>    Defendant. | Civil Action No. 2:21-CV-04021-MCA-LDW<br><br>**Certification of Counsel** |

       Jordynn Jackson, of full age, hereby certifies as follows:

       1.    I am employed as a Deputy Attorney General by the State of New Jersey, Department of Law and Public Safety. I am assigned to the Tort Litigation Section of the Division of Law, which provides legal representation to the State of New Jersey and its entities. I am the Deputy Attorney General responsible for the handling of this matter. I am fully familiar with the facts stated in this Certification.

       2.    I prepared the Statement of Facts and Procedural History contained in the Brief in support of this motion to dismiss plaintiff's complaint. Those facts are true and correct to the best of my knowledge.

3. Attached to this Certification are true and accurate copies of the following documents:

Exhibit A: Plaintiff's Amended Complaint

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

   /s/ Jordynn Jackson

Jordynn Jackson
Deputy Attorney General

DATE: April 23, 2021