GURBIR S. GREWAL
Attorney General of New Jersey
124 Halsey Street
Newark, New Jersey 07101
    *Attorney for Defendant,*
    *Christopher Kuberiet*

By:    Jordynn Jackson
       Deputy Attorney General
       (973) 648-7811
       Jordynn.Jackson@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| Nijer Parks,<br><br>    Plaintiff,<br><br>v.<br><br>Christopher Kuberiet et als.,<br><br>    Defendant. | Civil Action No. 2:21-CV-04021-MCA-LDW<br><br><br><br>**ORDER DISMISSING PLAINTIFFS' COMPAINT PURSUANT TO FED.R.CIV.P. 12(b)(1) AND F**ED.R.CIV.P. 12(b)(6) |

This matter having come before the Court on a motion of Gurbir S. Grewal, Attorney General of New Jersey, by Jordynn Jackson, Deputy Attorney General, appearing on behalf of Defendant, Christopher Kuberiet, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), and the Court having considered the papers submitted herein, and for good cause shown;

    IT IS on this _____ day of _____, 2021;

    ORDERED that defendant's motion to dismiss is granted and plaintiff's Complaint against Defendant, Christopher Kuberiet is dismissed with prejudice.

                                                                _____
                                                                Honorable Madeline Cox Arleo, U.S.D.J.