# Daniel W. Sexton, Esq. LLC

ATTORNEY AT LAW
229 NEW CENTRE ROAD
HILLSBOROUGH, NEW JERSEY 088444
PHONE: (201) 406 – 9960
DanielSextonEsq@gmail.com

May 25, 2021

<u>*Via ECF*</u>
Honorable Leda Dunn Wettre. USMJ
Martin Luther King Building & U.S. Courthouse (MLK 3C)
50 Walnut Street
Newark, New jersey 07101

Re: Parks, Nijeer v. McCormack, John, et al
    Civil Action 2:21-cv-04021

Dear Judge Wettre:

  Defendants have graciously consented to the filing the proposed Second Amended Complaint which had been provided to them, reserving, of course, all defenses to same.

  Kindly advise how I should proceed from here.

Respectfully submitted,

Daniel W. Sexton

DWS/swd

cc *Lori Dvorak via ECF only*
 *Frederick L. Rubenstein via ECF only*
 *Jordyn Jackson, DAG via ECR only*
 *Client via email only*