# EXHIBIT A

# COMPLAINT - WARRANT

**THE STATE OF NEW JERSEY**
**VS.**
**NIJEER K PARKS**

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1225 | W | 2019 | 000156 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE    NJ  07095-0000
732-636-6430   COUNTY OF: MIDDLESEX

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | 0 | 19010123 |

COMPLAINANT NAME: DET. S TAPIA
1 MAIN ST.
WOODBRIDGE   NJ  07095

ADDRESS: [redacted]

**DEFENDANT INFORMATION**
SEX: M  EYE COLOR: BROWN  DOB: [redacted]
DRIVER'S LIC. [redacted]                DL STATE: NJ
SOCIAL SECURITY #: [redacted]    SBI #: 742831D
TELEPHONE #: ( )
LIVESCAN PCN #: 122504008330

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 01/26/2019 in WOODBRIDGE TWP, MIDDLESEX County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY ATTEMPTING TO CAUSE BODILY INJURY TO OFFICER LEE, A LAW ENFORCEMENT OFFICER, ACTING IN THE PERFORMANCE OF HIS DUTIES, WHILE IN UNIFORM, SPECIFICALLY BY ATTEMPTING TO STRIKE HIM WITH A VEHICLE WHILE RESISTING ARREST.
IN VIOLATION OF N.J.S. 2C:12-1B(5)(A).

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY, A 2018 DODGE CHALLENGER BEARING NEW YORK REGISTRATION JBD2162 UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY ATTEMPTING TO USE THE VEHICLE AS A WEAPON TO STRIKE OFFICER LEE.
IN VIOLATION OF N.J.S. 2C:39-5D

WITHIN THE JURISDICTION OF THIS COURT, POSSESS A WEAPON, OTHER THAN A FIREARM, WITH A PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER.
in violation of:

| Original Charge | 1) 2C:12-1B(5)(A) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.
Signed: _____ PTL. S TAPIA _____   Date: 01/30/2019

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MIDDLESEX at the following address: MIDDLESEX SUPERIOR COURT
56 PATERSON STREET     NEW BRUNSWICK   NJ 08901-0000
Date of Arrest: 02/05/2019   Appearance Date:   Time:   Phone: 732-645-4300

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____ Signature of Court Administrator or Deputy Court Administrator _____ Date _____ Signature of Judge _____ Date

☑ Probable cause IS found for the issuance of this complaint.  DAVID STAHL JUDICIAL OFFICER   01/30/2019
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 10    NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1225 | W | 2019 | 000156 | NIJEER K PARKS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

SPECIFICALLY BY PURPOSELY ATTEMPTING TO STRIKE OFFICER LEE WITH A 2018 DODGE CHALLENGER BEARING NEW YORK REGISTRATION JBD2162.
IN VIOLATION OF N.J.S. 2C:39-4D

WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY ATTEMPTING TO CAUSE SERIOUS BODILY INJURY TO OFFICER LEE SPECIFICALLY BY DRIVING AT HIM WITH THE 2018 DODGE CHALLENGER BEARING NEW YORK REGISTRATION JBD2162.
IN VIOLATION OF N.J.S. 2C:12-1B(1)

WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY ATTEMPTING TO CAUSE BODILY INJURY TO OFFICER LEE WITH A DEADLY WEAPON, SPECIFICALLY BY DRIVING AT HIM WITH THE 2018 DODGE CHALLENGER BEARING NEW YORK REGISTRATION JBD2162.
IN VIOLATION OF N.J.S. 2C:12-1B(2)

| Original Charge | 4) 2C:12-1B(1) | 5) 2C:12-1B(2) | |
|---|---|---|---|
| Amended Charge | | | |

**COMPLAINT - WARRANT**
Page 2 of 10    NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER**

| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |
|---|---|---|---|
| 1225 | W | 2019 | 000156 |

**STATE V.** NIJEER K PARKS

**FTA Bail Information** Date Bail Set: ___ Amount Bail Set: $___ by: ___ ☐ Bail Recog. Attached

☐ Released on Bail (√)  ☐ R.O.R.  ☐ Committed Default  ☐ Committed w/o Bail  Place Committed: ___

Date Referred to County Prosecutor: ___

Date of First Appearance: ___   ☐ Advised of Rights by ___

Defendant Desires Counsel: ☐ Yes ☐ No

**Prosecuting Attorney Information**
Name: ___
☐ State ☐ County ☐ Municipal ☐ Other

**Defense Counsel Information**
Name: ___
☐ None ☐ Retained ☐ Public Def ☐ Assigned ☐ Waived ☐ Other

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:12-1B(5)(A) | 2C:39-5D | 2C:39-4D |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary: | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

***Finding Codes***
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

**Related Traffic Tickets and Complaints:**

JUDGE'S SIGNATURE ___  DATE ___

**COMPLAINT – WARRANT (Court Action)**
Page 3 of 10      NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | | STATE V. |
|---|---|---|---|---|---|
| 1225 | W | 2019 | 000156 | | NIJEER K PARKS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | | |

**FTA Bail Information** Date Bail Set: _____ Amount Bail Set: $ _____ by: _____ ☐ Bail Recog. Attached

Released on Bail (✓) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: _____ | Date Referred to County Prosecutor: _____

Date of First Appearance: _____ ☐ Advised of Rights by _____ | Defendant Desires Counsel: ☐ Yes ☐ No

**Prosecuting Attorney Information**
Name:
State | County | Municipal | Other

**Defense Counsel Information**
Name:
None | Retained | Public Def | Assigned | Waived | Other

| | | | |
|---|---|---|---|
| Original Charge | 4) 2C:12-1B(1) | 5) 2C:12-1B(2) | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary: | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

\* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE _____ DATE _____

**COMPLAINT - WARRANT (Court Action)**
Page 4 of 10
NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

**COMPLAINT NUMBER**

| COURT CODE | PREFIX | YEAR | SEQUENCE NO |
|---|---|---|---|
| 1225 | W | 2019 | 000156 |

**THE STATE OF NEW JERSEY**
**VS.**
**NIJEER K PARKS**

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE    NJ   07095-0000
732-636-6430    COUNTY OF: MIDDLESEX

ADDRESS: [redacted]

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | 0 | 19010123 |

**COMPLAINANT NAME:** DET. S TAPIA

**DEFENDANT INFORMATION**
SEX: M   EYE COLOR: BROWN   DOB: [redacted]
DRIVER'S LIC. [redacted]   DL STATE: NJ
SOCIAL SECURITY [redacted]   SBI #: 742831D
TELEPHONE #: ( )
LIVESCAN PCN #: 122504008330

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 01/26/2019 in WOODBRIDGE TWP, MIDDLESEX County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY ATTEMPTING TO CAUSE BODILY INJURY TO OFFICER LEE, A LAW ENFORCEMENT OFFICER, ACTING IN THE PERFORMANCE OF HIS DUTIES, WHILE IN UNIFORM, SPECIFICALLY BY ATTEMPTING TO STRIKE HIM WITH A VEHICLE WHILE RESISTING ARREST.
IN VIOLATION OF N.J.S. 2C:12-1B(5)(A).

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY POSSESS A WEAPON, NAMELY, A 2018 DODGE CHALLENGER BEARING NEW YORK REGISTRATION JBD2162 UNDER CIRCUMSTANCES NOT MANIFESTLY APPROPRIATE FOR LAWFUL USE, SPECIFICALLY BY ATTEMPTING TO USE THE VEHICLE AS A WEAPON TO STRIKE OFFICER LEE.
IN VIOLATION OF N.J.S. 2C:39-5D

WITHIN THE JURISDICTION OF THIS COURT, POSSESS A WEAPON, OTHER THAN A FIREARM, WITH A PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER,

**in violation of:**

| Original Charge | 1) 2C:12-1B(5)(A) | 2) 2C:39-5D | 3) 2C:39-4D |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: PTL. S TAPIA    Date: 01/30/2019

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MIDDLESEX at the following address: MIDDLESEX SUPERIOR COURT
56 PATERSON STREET    NEW BRUNSWICK    NJ 08901-0000
Date of Arrest: 02/05/2019   Appearance Date:    Time:    Phone: 732-645-4300

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

☑ Probable cause **IS** found for the issuance of this complaint. DAVID STAHL JUDICIAL OFFICER 01/30/2019

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____ (if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

Page 5 of 10    NJ/CDR2 1/1/2017

## COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1225 | W | 2019 | 000156 | NIJEER K PARKS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

SPECIFICALLY BY PURPOSELY ATTEMPTING TO STRIKE OFFICER LEE WITH A 2018 DODGE CHALLENGER BEARING NEW YORK REGISTRATION JBD2162.
IN VIOLATION OF N.J.S. 2C:39-4D

WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY ATTEMPTING TO CAUSE SERIOUS BODILY INJURY TO OFFICER LEE SPECIFICALLY BY DRIVING AT HIM WITH THE 2018 DODGE CHALLENGER BEARING NEW YORK REGISTRATION JBD2162.
IN VIOLATION OF N.J.S. 2C:12-1B(1)

WITHIN THE JURISDICTION OF THIS COURT, COMMIT AGGRAVATED ASSAULT BY PURPOSELY ATTEMPTING TO CAUSE BODILY INJURY TO OFFICER LEE WITH A DEADLY WEAPON, SPECIFICALLY BY DRIVING AT HIM WITH THE 2018 DODGE CHALLENGER BEARING NEW YORK REGISTRATION JBD2162.
IN VIOLATION OF N.J.S. 2C:12-1B(2)

| | | | |
|---|---|---|---|
| Original Charge | 4) 2C:12-1B(1) | 5) 2C:12-1B(2) | |
| Amended Charge | | | |

COMPLAINT - WARRANT (DEFENDANT'S COPY)

Page 6 of 10      NJ/CDR2 1/1/2017

# COMMITMENT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1225 | W | 2019 | 000156 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | NIJEER K PARKS |

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE        NJ   07095-0000
732-636-6430   COUNTY OF: MIDDLESEX

ADDRESS: [redacted]

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | 0 | 19010123 |

COMPLAINANT NAME: DET. S TAPIA
1 MAIN ST.
WOODBRIDGE        NJ   07095

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: [redacted]
DRIVER'S LIC. #: [redacted]   DL STATE: NJ
SOCIAL SECURITY [redacted]   SBI #: 742831D
TELEPHONE #: ( )
LIVESCAN PCN #: 122504008330

**To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.**

| | Offense | Aux Offense | Drug Code | Degree | Offense Description |
|---|---|---|---|---|---|
| 1. | 2C:12-1B(5)(A) | | | 4 | AGG ASSAULT-ON |
| 2. | 2C:39-5D | | | 4 | UNLAWFUL POSS W |
| 3. | 2C:39-4D | | | 3 | POSS OF WEAPON |
| 4. | 2C:12-1B(1) | | | 2 | AGG ASSAULT-ATT |

Commitment Reason:   Criminal Justice Reform

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MIDDLESEX
at the following address: MIDDLESEX SUPERIOR COURT
56 PATERSON STREET                NEW BRUNSWICK    NJ 08901-0000

Date of Arrest: 02/05/2019                             Phone: 732-645-4300

DAVID   STAHL JUDICIAL OFFICER            01/30/2019
Signature and Title of Judicial Officer Issuing Warrant       Date

COMMITMENT
Page 7 of 10                                          NJ/CDR2 1/1/2017

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 1225 | W | 2019 | 000156 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE                    NJ  07095-0000
732-636-6430     COUNTY OF: **MIDDLESEX**

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | | 19010123 |

COMPLAINANT NAME: DET. S TAPIA
1 MAIN ST.
WOODBRIDGE      NJ    07095

**THE STATE OF NEW JERSEY**
**VS.**
**NIJEER K PARKS**

ADDRESS:

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN   DOB:
DRIVER'S LIC. #:                                     DL STATE: NJ
SOCIAL SECURITY #:               SBI #: 742831D
TELEPHONE #:       (     )
LIVESCAN PCN #: 122504008330

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed and (2) the defendant is the one who committed it:

On Saturday January 26, 2019, The suspect went in to the Hertz rental located within the Hampton inn hotel on rt.9 No. in Woodbridge with the intent of exchanging a previously rented 2018 grey Challenger bearing New York registration JBD2162 with another Dodge Challenger. He presented a fraudulent Tennessee Driver's License with the name Jamal Owens and the suspect's real picture on it. Woodbridge Police Officers Lyszyk and Officer Lee were dispatched to investigate and the suspect presented them with the Tennessee driver's license. Officer Lyszyk contacted the Tennessee State Police and confirmed that the Tennessee driver's license was fraudulent. When the suspect was confronted by Patrol Officers Lyszyk and Lee, he resisted arrest and ran into the Dodge Challenger. He drove at Officer Lee, rammed the police car and the building. Officer Lee had to jump out of the way to avoid serious injury. Patrol Officers pursued the vehicle for a short distance and lost sight of it. Woodbridge Police I.D. Detective Quesada responded to the Hampton Inn Hotel and processed the scene. The suspect's sneaker, the fake Tennessee driver's license, and a water bottle that the suspect drank out of were brought back to Woodbridge headquarters for further processing. The vehicle was later located by Sgt. Flavell unoccupied on Mattison St. Woodbridge. Sgt. Flavell towed the vehicle to our impound yard for further processing by detectives. I contacted Hertz corporate security manager and I was given consent to search the vehicle. Detective Quesada processed the inside of the vehicle for fingerprints and several prints were lifted. I verified with Officer Lee and Officer Lyszyk that the picture on the fraudulent Tennessee driver's license was the picture of the suspect and they were 100% sure it was the suspect's picture. I sent out the suspect's Tennessee driver's license picture to the Regional Operations Intelligence Center (ROIC) and the New York State Intelligence Center (NYSIC) for facial recognition. On January 27, 2019, I received a high profile comparison to the picture on the fraudulent Tennessee driver's license. The suspect was identified as Nijeer Parks with a date of birth of September 11, 1987 with a last known address of 485 E. 19th St. Apt # 3G Paterson, NJ. I compared the photo on the fraudulent Tennessee driver's license to Nijeer Parks' real New Jersey driver's license and it is the same person.

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1225 | W | 2019 | 000156 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO | NIJEER K PARKS |

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

3. If victim was injured, provide the extent of the injury:

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: **PTL. S TAPIA LAW ENFORCEMENT OFFICER**     Date: 01/30/2019

Affidavit of Probable Cause
Page 9 of 10                                                            1/1/2017

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1225 | W | 2019 | 000156 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | NIJEER K PARKS |

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE       NJ   07095-0000
732-636-6430   COUNTY OF: MIDDLESEX

ADDRESS: [REDACTED]

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | | 19010123 |

COMPLAINANT NAME: DET. S TAPIA
1 MAIN ST.
WOODBRIDGE      NJ   07095

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: [REDACTED]
DRIVER'S LIC. # [REDACTED]   DL STATE: NJ
SOCIAL SECURITY #: [REDACTED]   SBI #: 742831D
TELEPHONE #: ( )
LIVESCAN PCN #: 122504008330

Purpose: The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

- The complaining officer personally observed the offense.

- The offense/incident was recorded using electronic/surveillance via:
  - Dash Camera/MVR/DIVR
  - Surveillance Camera

- The defendant was a stranger to the victim.

- Identification procedures were used by utilizing:
  - Other/Explain Facial recognition

- A weapon was involved in the incident:
  - Other/Explain Vehicle

- Physical evidence was seized/recovered:
  - CDS:
    * Marijuana
  - Drug Paraphernalia
  - Other Type(s) of physical evidence water bottle, sneaker

- The defendant fled, attempted flight, or resisted arrest.
  * Foot pursuit
  * Motor Vehicle pursuit
  * Physical resistance

- The defendant operated a motor vehicle in a manner that endangered public safety.

- The case involves CDS and the evidence was recovered via:
  - Pedestrian Stop

- The case involves a consent search.

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: PTL. S TAPIA LAW ENFORCEMENT OFFICER       Date: 01/30/2019

Preliminary Law Enforcement Incident Report
Page 10 of 10                                                                       7/20/2018