# EXHIBIT B

# COMPLAINT - WARRANT

## THE STATE OF NEW JERSEY
### VS.
### NIJEER K PARKS

**COMPLAINT NUMBER**
- COURT CODE: 1225
- PREFIX: W
- YEAR: 2019
- SEQUENCE NO.: 000158

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE  NJ  07095-0000
732-636-6430   COUNTY OF: MIDDLESEX

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 9 | | 19010123 |

COMPLAINANT NAME: PTL. A. LYSZYK
1 MAIN STREET
ATTN WARRANTS
WOODBRIDGE  NJ  07095

**ADDRESS:** [redacted]

**DEFENDANT INFORMATION**
SEX: M   EYE COLOR: BROWN   DOB: [redacted]
DRIVER'S LIC. #: [redacted]   DL STATE: NJ
SOCIAL SECURITY #: [redacted]   SBI #: 742831D
TELEPHONE #: ( )
LIVESCAN PCN #: 122504008330

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 01/26/2019 in WOODBRIDGE TWP, MIDDLESEX County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF SHOPLIFTING SPECIFICALLY BY, TAKING THIRTEEN ASSORTED CANDIES AND TWO CLEAR EYE EYE DROPS (TOTAL VALUE $39.00) FROM THE HAMPTON INN CONCESSION SHELF, CONCEALING THEM IN A BAG, BYPASSING THE REGISTER, WALKING OUT OF THE LOBBY, AND PLACING THEM INSIDE THE VEHICLE HE WAS DRIVING (NY JBD2162) IN AN ATTEMPT TO DEPRIVE HAMPTON INN OF THE FULL RETAIL VALUE OF THE ITEMS.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF HINDERING SPECIFICALLY BY, GIVING PTL. LEE AND PTL. LYSZYK A FRAUDULENT TENNESSEE DRIVER'S LICENSE, DL # 801527486 JAMAL OWENS DATE OF BIRTH 10-15-1993, THAT CONTAINED HIS PICTURE ON IT IN AN ATTEMPT TO HINDER THE INVESTIGATION.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF POSSESSION OF MARIJUANA UNDER 50 GRAMS SPECIFICALLY BY, HAVING 44 GRAMS OF SUSPECTED MARIJUANA

in violation of:

| Original Charge | 1) 2C:20-11B(1) | 2) 2C:29-3A(7) | 3) 2C:35-10A(4) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: PTL. A. LYSZYK    Date: 01/30/2019

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MIDDLESEX at the following address: MIDDLESEX SUPERIOR COURT
56 PATERSON STREET                                NEW BRUNSWICK    NJ 08901-0000
Date of Arrest: 02/05/2019    Appearance Date:    Time:    Phone: 732-645-4300

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

☑ Probable cause IS found for the issuance of this complaint.  DAVID STAHL JUDICIAL OFFICER   01/30/2019
Signature and Title of Judicial Officer Issuing Warrant    Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: 0.00    by: _____ (if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 13    NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1225 | W | 2019 | 000158 | NIJEER K PARKS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

HALFWAY IN A BLACK PLASTIC BAG WHICH WAS LOCATED IN HIS LEFT JACKET POCKET.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF POSSESSION OF DRUG PARAPHERNALIA SPECIFICALLY BY, HAVING A MARIJUANA GRINDER, WHICH CONTAINED SUSPECTED MARIJUANA RESIDUE, INSIDE A BLACK PLASTIC BAG THAT WAS LOCATED INSIDE HIS LEFT JACKET POCKET.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF OBSTRUCTING ADMINISTRATION OF LAW SPECIFICALLY BY, RUNNING AWAY FROM PTL. LEE AND PTL. LYSZYK AFTER BEING TOLD THAT HE WAS BEING PLACED UNDER ARREST.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF FALSE GOVERNMENT DOCUMENTS SPECIFICALLY BY, HANDING PTL. LEE AND PTL. LYSZYK A FRAUDULENT TENNESSEE DRIVER'S LICENSE, DL # 801527486 JAMAL OWENS DATE OF BIRTH 10-15-1993, THAT CONTAINED HIS PICTURE ON IT IN AN ATTEMPT TO HINDER THE INVESTIGATION.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF RESISTING ARREST SPECIFICALLY BY, RUNNING AWAY FROM PTL. LEE AND PTL. LYSZYK AFTER BEING TOLD TO STOP RUNNING AND THAT HE WAS UNDER ARREST.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF ELUDING SPECIFICALLY BY, GETTING INTO A VEHICLE, NY JBD2162, AND DRIVING AWAY AT A HIGH RATE OF SPEED IN A BUSY PARKING LOT AFTER HE WAS GIVEN A SIGNAL, VIA VERBAL COMMANDS AND GUNPOINT, TO PLACE HIS VEHICLE IN PARK AND EXITED IT.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF CRIMINAL MISCHIEF SPECIFICALLY BY, PURPOSELY RAMMING HIS VEHICLE, NY JBD2162, INTO THE BACK OF WOODBRIDGE POLICE PATROL CAR #3, WHICH CAUSED DAMAGE TO THE REAR DRIVER'S SIDE BUMPER.

| Original Charge | 4) 2C:36-2 | 5) 2C:29-1A | 6) 2C:21-2.1C |
|---|---|---|---|
| Amended Charge | | | |

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1225 | W | 2019 | 000158 | NIJEER K PARKS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

| Original Charge | 7) 2C:29-2A(2) | 8) 2C:29-2B | 9) 2C:17-3A(1) |
|---|---|---|---|
| Amended Charge | | | |

COMPLAINT - WARRANT
Page 3 of 13
NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER**

| 1225 | W | 2019 | 000158 |
|---|---|---|---|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO |

**STATE V.** NIJEER K PARKS

**FTA Bail Information** Date Bail Set: ____ Amount Bail Set: $____ by: ____ ☐ Bail Recog. Attached

☐ Released on Bail (✓)  ☐ R.O.R.  ☐ Committed Default  ☐ Committed w/o Bail  Place Committed: ____

Date Referred to County Prosecutor: ____

Date of First Appearance: ____   ☐ Advised of Rights by ____   Defendant Desires Counsel: ☐ Yes ☐ No

**Prosecuting Attorney Information**
Name: ____
State | County | Municipal | Other

**Defense Counsel Information**
Name: ____
None | Retained | Public Def | Assigned | Waived | Other

| | 1) 2C:20-11B(1) | 2) 2C:29-3A(7) | 3) 2C:35-10A(4) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit Susp. Imp | Jail time credit Susp. Imp | Jail time credit Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary: ____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

*Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

**Related Traffic Tickets and Complaints:**

JUDGE'S SIGNATURE ____   DATE ____

**COMPLAINT - WARRANT (Court Action)**
Page 4 of 13   NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER**

| 1225 | W | 2019 | 000158 |
|---|---|---|---|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

**STATE V.**

NIJEER K PARKS

**FTA Bail Information** Date Bail Set:  Amount Bail Set: $_____ by:_____  ☐ Bail Recog. Attached

☐ Released on Bail (√)   ☐ R.O.R.   ☐ Committed Default   ☐ Committed w/o Bail   Place Committed: _____

Date Referred to County Prosecutor: _____

Date of First Appearance: _____   ☐ Advised of Rights by _____   Defendant Desires Counsel: ☐ Yes ☐ No

**Prosecuting Attorney Information**
Name: _____
☐ State ☐ County ☐ Municipal ☐ Other

**Defense Counsel Information**
Name: _____
☐ None ☐ Retained ☐ Public Def ☐ Assigned ☐ Waived ☐ Other

| | | | |
|---|---|---|---|
| Original Charge | 4) 2C:36-2 | 5) 2C:29-1A | 6) 2C:21-2.1C |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit  Susp. Imp | Jail time credit  Susp. Imp | Jail time credit  Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:  Costs: | Fines:  Costs: | Fines:  Costs: |
| VCCB/SNSF | VCCB:  SNSF: | VCCB:  SNSF: | VCCB:  SNSF: |
| DEDR/Lab Fee | DEDR:  LAB: | DEDR:  LAB: | DEDR:  LAB: |
| CD Fee/Drug Ed Fnd | CD:  DAEF: | CD:  DAEF: | CD:  DAEF: |
| DV Surch/Other Fees | DV:  Other: | DV:  Other: | DV:  Other: |
| Restitution Beneficiary: | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

***Finding Codes**
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

**Related Traffic Tickets and Complaints:**

JUDGE'S SIGNATURE _____   DATE _____

**COMPLAINT - WARRANT (Court Action)**
Page 5 of 13   NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER:** 1225 W 2019 000158
(COURT CODE / PREFIX / YEAR / SEQUENCE NO.)

**STATE V.** NIJEER K PARKS

**FTA Bail Information** — Date Bail Set: ___ Amount Bail Set: $___ by: ___ ☐ Bail Recog. Attached

☐ Released on Bail (√)  ☐ R.O.R.  ☐ Committed Default  ☐ Committed w/o Bail  Place Committed: ___

Date Referred to County Prosecutor: ___

Date of First Appearance: ___  ☐ Advised of Rights by ___

Defendant Desires Counsel: ☐ Yes  ☐ No

**Prosecuting Attorney Information**
Name: ___
State / County / Municipal / Other

**Defense Counsel Information**
Name: ___
None / Retained / Public Def / Assigned / Waived / Other

| | 7) | 8) | 9) |
|---|---|---|---|
| Original Charge | 2C:29-2A(2) | 2C:29-2B | 2C:17-3A(1) |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary: | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

*Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE ___  DATE ___

**COMPLAINT - WARRANT (Court Action)**
Page 6 of 13    NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

**COMPLAINT NUMBER**

| 1225 | W | 2019 | 000158 |
|---|---|---|---|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO |

**THE STATE OF NEW JERSEY VS.**
**NIJEER K PARKS**

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE   NJ   07095-0000
732-636-6430   COUNTY OF: MIDDLESEX

ADDRESS: [redacted]

| # of CHARGES 9 | CO-DEFTS | POLICE CASE #: 19010123 |
|---|---|---|

COMPLAINANT NAME: PTL. A. LYSZYK

**DEFENDANT INFORMATION**
SEX: M   EYE COLOR: BROWN   DOB: [redacted]
DRIVER'S LIC. #: [redacted]   DL STATE: NJ
SOCIAL SECURITY #: [redacted]   SBI #: 742831D
TELEPHONE #: ( )
LIVESCAN PCN #: 122504008330

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about **01/26/2019** in **WOODBRIDGE TWP**, **MIDDLESEX** County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF SHOPLIFTING SPECIFICALLY BY, TAKING THIRTEEN ASSORTED CANDIES AND TWO CLEAR EYE EYE DROPS (TOTAL VALUE $39,00) FROM THE HAMPTON INN CONCESSION SHELF, CONCEALING THEM IN A BAG, BYPASSING THE REGISTER, WALKING OUT OF THE LOBBY, AND PLACING THEM INSIDE THE VEHICLE HE WAS DRIVING (NY JBD2162) IN AN ATTEMPT TO DEPRIVE HAMPTON INN OF THE FULL RETAIL VALUE OF THE ITEMS.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF HINDERING SPECIFICALLY BY, GIVING PTL. LEE AND PTL. LYSZYK A FRAUDULENT TENNESSEE DRIVER'S LICENSE, DL # 801527486 JAMAL OWENS DATE OF BIRTH 10-15-1993, THAT CONTAINED HIS PICTURE ON IT IN AN ATTEMPT TO HINDER THE INVESTIGATION.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF POSSESSION OF MARIJUANA UNDER 50 GRAMS SPECIFICALLY BY, HAVING 44 GRAMS OF SUSPECTED MARIJUANA

**in violation of:**

| Original Charge | 1) 2C:20-11B(1) | 2) 2C:29-3A(7) | 3) 2C:35-10A(4) |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.
Signed: PTL. A. LYSZYK   Date: 01/30/2019

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MIDDLESEX at the following address: MIDDLESEX SUPERIOR COURT
56 PATERSON STREET   NEW BRUNSWICK   NJ 08901-0000
Date of Arrest: 02/05/2019   Appearance Date:   Time:   Phone: 732-645-4300

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator   Date   Signature of Judge   Date

☑ Probable cause IS found for the issuance of this complaint. DAVID STAHL JUDICIAL OFFICER 01/30/2019
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: 0.00   by: _____
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

Page 7 of 13   NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1225 | W | 2019 | 000158 | NIJEER K PARKS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO | |

HALFWAY IN A BLACK PLASTIC BAG WHICH WAS LOCATED IN HIS LEFT JACKET POCKET.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF POSSESSION OF DRUG PARAPHERNALIA SPECIFICALLY BY, HAVING A MARIJUANA GRINDER, WHICH CONTAINED SUSPECTED MARIJUANA RESIDUE, INSIDE A BLACK PLASTIC BAG THAT WAS LOCATED INSIDE HIS LEFT JACKET POCKET.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF OBSTRUCTING ADMINISTRATION OF LAW SPECIFICALLY BY, RUNNING AWAY FROM PTL. LEE AND PTL. LYSZYK AFTER BEING TOLD THAT HE WAS BEING PLACED UNDER ARREST.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF FALSE GOVERNMENT DOCUMENTS SPECIFICALLY BY, HANDING PTL. LEE AND PTL. LYSZYK A FRAUDULENT TENNESSEE DRIVER'S LICENSE, DL # 801527486 JAMAL OWENS DATE OF BIRTH 10-15-1993, THAT CONTAINED HIS PICTURE ON IT IN AN ATTEMPT TO HINDER THE INVESTIGATION.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF RESISTING ARREST SPECIFICALLY BY, RUNNING AWAY FROM PTL. LEE AND PTL. LYSZYK AFTER BEING TOLD TO STOP RUNNING AND THAT HE WAS UNDER ARREST.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF ELUDING SPECIFICALLY BY, GETTING INTO A VEHICLE, NY JBD2162, AND DRIVING AWAY AT A HIGH RATE OF SPEED IN A BUSY PARKING LOT AFTER HE WAS GIVEN A SIGNAL, VIA VERBAL COMMANDS AND GUNPOINT, TO PLACE HIS VEHICLE IN PARK AND EXITED IT.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF CRIMINAL MISCHIEF SPECIFICALLY BY, PURPOSELY RAMMING HIS VEHICLE, NY JBD2162, INTO THE BACK OF WOODBRIDGE POLICE PATROL CAR #3, WHICH CAUSED DAMAGE TO THE REAR DRIVER'S SIDE BUMPER.

| | | | |
|---|---|---|---|
| Original Charge | 4) 2C:36-2 | 5) 2C:29-1A | 6) 2C:21-2.1C |
| Amended Charge | | | |

COMPLAINT - WARRANT (DEFENDANT'S COPY)

## COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1225 | W | 2019 | 000158 | NIJEER K PARKS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

| Original Charge | 7) 2C:29-2A(2) | 8) 2C:29-2B | 9) 2C:17-3A(1) |
|---|---|---|---|
| Amended Charge | | | |

COMPLAINT - WARRANT (DEFENDANT'S COPY)

Page 9 of 13

NJ/CDR2 1/1/2017

# COMMITMENT

## THE STATE OF NEW JERSEY
## VS.
## NIJEER K PARKS

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1225 | W | 2019 | 000158 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE            NJ  07095-0000
732-636-6430   COUNTY OF: MIDDLESEX

ADDRESS:

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 9 | | 19010123 |

COMPLAINANT NAME: PTL. A. LYSZYK
1 MAIN STREET
ATTN WARRANTS
WOODBRIDGE         NJ    07095

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB:
DRIVER'S LIC. #:                                          DL STATE: NJ
SOCIAL SECURITY #:                       SBI #: 742831D
TELEPHONE #:                         (  )
LIVESCAN PCN #: 122504008330

**To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.**

| | Offense | Aux Offense | Drug Code | Degree | Offense Description |
|---|---|---|---|---|---|
| 1. | 2C:20-11B(1) | | | D | SHOPLIFTING-TAK |
| 2. | 2C:29-3A(7) | | | D | HINDERING-GIVE |
| 3. | 2C:35-10A(4) | | 69 | D | POSS CDS - < 50 |
| 4. | 2C:36-2 | | 30 | D | USE/POSS W/INTE |

Commitment Reason: Criminal Justice Reform

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MIDDLESEX at the following address: MIDDLESEX SUPERIOR COURT
56 PATERSON STREET                                            NEW BRUNSWICK            NJ 08901-0000

Date of Arrest: 02/05/2019                                         Phone: 732-645-4300

DAVID    STAHL JUDICIAL OFFICER              01/30/2019

Signature and Title of Judicial Officer Issuing Warrant         Date

## COMMITMENT

Page 10 of 13                           NJ/CDR2 1/1/2017

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1225 | W | 2019 | 000158 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO | NIJEER K PARKS |

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE                NJ  07095-0000
732-636-6430    COUNTY OF: MIDDLESEX

ADDRESS: [redacted]

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 9 | | 19010123 |

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: [redacted]

COMPLAINANT NAME: PTL. A. LYSZYK
1 MAIN STREET
ATTN WARRANTS
WOODBRIDGE        NJ  07095

DRIVER'S LIC. #: [redacted]                    DL STATE: NJ
SOCIAL SECURITY [redacted]     SBI #: 742831D
TELEPHONE #:                         ( )
LIVESCAN PCN #: 122504008330

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed <u>and</u> (2) the defendant is the one who committed it:

While investigating a shoplifting of $39.00 worth of merchandise from Hampton Inn, the hotel manager, Richard Charneco, advised us that Parks was the suspect. Parks told us that he was going to pay for the items, but forgot his money inside his vehicle. He brought the items out to his vehicle, placed them on the seat, and retrieved his money, but did not return to the register to pay for the items. During the investigation, Parks gave us a fraudulent Tennessee driver's license, TN DL# 801527486, with his image on it. After discovering that the identification was false and he admitted to shoplifting, he was told that he was being placed under arrest. He turned around, placed his hands behind his back, and I was able to see a bag of marijuana protruding from his left jacket pocket that was halfway in a black plastic bag. I removed the bag and went to place the handcuffs on him, but he broke free and began to run from us. He ran around the building and made it back to his rented vehicle, NY JBD2162, placed it in reverse and backed up a few feet. We caught up to the vehicle and ordered him at gunpoint to place the vehicle in park and shut it off. After some time, he placed the vehicle in drive, rammed Woodbridge PD patrol car #3 and the pillar to the carport of Hampton Inn, which caused Ptl. Lee to have to move out of the way to prevent him from being struck. After striking the pillar, he placed the vehicle in reverse and sped off at a high rate of speed through the parking lot after he was signaled to stop and get out of his car. After I returned to the scene, I conducted an inventory of the black plastic bag and discovered the marijuana grinder.

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1225 | W | 2019 | 000158 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | NIJEER K PARKS |

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

Statements that were made by the hotel manager, Charneco, and Parks admitting to taking the items. During the investigation, Parks gave us a fraudulent TN driver's license that had his image on it. When Parks was told he was under arrest, he ended up fleeing by foot, entered his vehicle, NY JBD2162, and rammed Woodbridge PD car #3 and the carport of Hampton Inn. After ramming the carport, he backed the vehicle up ad sped off. He ended up getting away, but we still had his fraudulent TN driver's license on us that contained his image. Det. S. Tapia conducted an investigation and submitted the photograph through the Regional Operation Intelligence Center (ROIC) and the New York State Intelligence Center (NYSIC). On Jan. 27, 2019, Det. Tapia received notification from Inv. Seamus Lyons (Rockland County Sheriff's Dept.) and Sgt. Dey (Palisades Interstate Pkwy PD) that they had a high profile comparison to the picture on the fraudulent TN DL. The suspect was identified as Parks.

3. If victim was injured, provide the extent of the injury:

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: PTL. A. LYSZYK LAW ENFORCEMENT OFFICER    Date: 01/30/2019

Affidavit of Probable Cause
Page 12 of 13    1/1/2017

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1225 | W | 2019 | 000158 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | NIJEER K PARKS |

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE          NJ  07095-0000
732-636-6430  COUNTY OF: MIDDLESEX

ADDRESS: [redacted]

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 9 | | 19010123 |

COMPLAINANT NAME: PTL. A. LYSZYK
1 MAIN STREET
ATTN WARRANTS
WOODBRIDGE          NJ  07095

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: [redacted]
DRIVER'S LIC. #: [redacted]     DL STATE: NJ
SOCIAL SECURITY #: [redacted]   SBI #: 742831D
TELEPHONE #: (    )
LIVESCAN PCN #: 122504008330

Purpose: The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

- The complaining officer personally observed the offense.

- Another law enforcement officer(s) personally observed the offense. List the officer(s) and their badge#
  Ptl. Lee 591

- The charge was based on the observations/statements made by an eyewitness(es).
  - The witness statement(s) were recorded via:
    *Dash Camera/MVR/DIVR

- The defendant made statements/admissions.
  - It was recorded using:
    *Dash Camera/MVR/DIVR

- The offense/incident was recorded using electronic/surveillance via:
  - Dash Camera/MVR/DIVR
  - Surveillance Camera

- Identification procedures were used by utilizing:
  - Other/Explain facial recognition

- Physical evidence was seized/recovered:
  - CDS:
    *Marijuana
  - Drug Paraphernalia

- The defendant fled, attempted flight, or resisted arrest.

    *Foot pursuit
    *Other Explain sped off in vehicle

- The defendant operated a motor vehicle in a manner that endangered public safety.

- The case involves CDS and the evidence was recovered via:
  - Pedestrian Stop

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: PTL. A. LYSZYK LAW ENFORCEMENT OFFICER     Date: 01/30/2019

Preliminary Law Enforcement Incident Report
Page 13 of 13     7/20/2018