# LAW OFFICES OF
# JAMES P. NOLAN
# &
# ASSOCIATES
A Limited Liability Company

James P. Nolan, Jr., ID #004591987
*Certified Criminal Trial Attorney*
Fredrick L. Rubenstein, ID #004651994
Eric L. Lange, ID #038441997
*Admitted in NJ & NY*
Brian A. Bontempo, ID #151162016
Michael Y. Kim, ID #307502019
Sanford Rader, ID #190871960
*In Memoriam*

October 28, 2021

**<u>*VIA Electronic Filing Only*</u>**
Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King Federal Courthouse & Building
50 Walnut Street
Newark, New Jersey  07102

      *Re:  Nijeer Parks v. John E. McCormac, et al.*
           *Civil Action No. 2:21-cv-04021-JXN-LDW*

Dear Judge Wettre:

    As directed in this Court's August 11, 2021 Scheduling Order, please accept this status letter on behalf of Defendants, John E. McCormac (improperly pled as John E. McCormack) Mayor of Woodbridge, Robert Hubner Director of the Woodbridge Police, Township of Woodbridge, City of Woodbridge Police Officer Andrew Lyszk and Woodbridge Police Sergeant Joseph Licciardi.

    Defendants, John E. McCormac and Joseph Licciardi, filed a Motion for Judgment on the Pleadings to Dismiss Plaintiff's Second Amended Complaint with Prejudice against Defendants, John E. McCormac and Joseph Licciardi. A disposition on that motion is pending. Defendant, Christopher Kuberiet, filed a Motion to Dismiss. A disposition on that motion is pending. The Parties have exchanged discovery demands and are in the process of responding to same.

    We thank Your Honor for your attention to this matter. We look forward to speaking with Your Honor on November 03, 2021.

                                         Respectfully submitted,

                                         *Fredrick L. Rubenstein*

                                         Fredrick L. Rubenstein

cc:  Honorable Julien X. Neals, U.S.D.J.
      *(via cm/ecf)*
     All Counsel of Record
      *(via cm/ecf)*