# Dvorak & Associates, LLC
## Attorneys-at-Law

**Lori A. Dvorak**
  Certified by the Supreme Court as a Civil Trial Attorney
**Marc D. Mory**
**Danielle Abouzeid**
**Joseph S. Surman, Jr.,** *Of Counsel*

Grace E. Lempka
Edward P. Ruane
Christine Klimczuk

www.DvorakLegal.com

467 Middlesex Avenue, Metuchen, NJ 08840
Phone: (732) 317-0130; Fax: (732) 317-0140

October 29, 2021

Leda Dunn Wettre, U.S.M.J.
United States District Court
MLK Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

    **Re:   Nijer Parks v Middlesex County Department of Corrections, et al**
            **Civil Action No. 2:21-cv-04021 (MCA-LDW)**
            **Our File No. 700-2157**
            **Claim No. 2850004298**

Dear Magistrate Judge Wettre:

    The undersigned represents the interests of the Middlesex County Department of Corrections. Kindly allow the within as a brief status of the above-referenced matter in advance of the telephonic conference scheduled for November 3, 2021 before Your Honor.

    As of the date of this submission, Co-Defendants, John E. McCormac and Joseph Licciardi, filed a Motion for Judgment on the Pleadings to Dismiss Plaintiff's Second Amended Complaint with Prejudice as to Defendants McCormac and Licciardi. A disposition on this motion is pending. Additionally, Defendant, Christopher Kuberiet, filed a Motion to Dismiss. A disposition on that motion is also pending.

    Written discovery has been exchanged and the parties are in the process of responding to same.

                                                Respectfully submitted,

                                                *s/ Lori A. Dvorak*
                                                LORI A DVORAK

LAD:jlp
Cc:    Honorable Julien X. Neals, U.S.D.J. (via e-filing)
         All Counsel of Record (via e-filing)