UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIJEER PARKS,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN E. MCCORMAC, *et al.*,<br><br>  Defendants. | Civil Action No.<br><br>21-4021 (JXN) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 25, 2022 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 25th day of January 2022, ORDERED** that the Pretrial Scheduling Order entered August 11, 2021 (ECF No. 32) is hereby amended as follows:

1. All outstanding discovery from Middlesex Department of Corrections and from Plaintiff shall be served no later than **February 9, 2022.**

2. Fact discovery is extended through **April 29, 2022**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

3. All affirmative expert reports shall be delivered by **June 2, 2022**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **July 1, 2022**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **August 2, 2022**.

6. The parties shall appear for a telephonic status conference before the undersigned on **May 4, 2022 at 2:30 p.m.** The parties shall submit concise status letters to the Court no later

than one week in advance of the conference.  Dial-in information for the conference is (888) 684-8852, access code 8948139.

                                                             *s/ Leda Dunn Wettre*
                                                        Hon. Leda Dunn Wettre
                                                        United States Magistrate Judge