# Daniel W. Sexton, Esq.  LLC

ATTORNEY AT LAW
229 NEW CENTRE ROAD
HILLSBOROUGH , NEW JERSEY 088444
PHONE:  (201) 406 – 9960
DanielSextonEsq@gmail.com

February 28, 2022

*Via Electronic Filing*
Hon. Julien Xavier Neals, U.S.D.J.
Federal Building & Courthouse 50 Walnut Street
Room 4015 Newark, NJ 07101

Re: Parks, Nijeer v. McCormack, John E., et al
    Civil Action No.: 2:21-CV-04021 DOL# 21-00054

Dear Judge Neals:

## A.  Introduction

Please accept this letter brief in addition to the previously filed Opposition brief to the Rule

12(b)(1) Motion to Dismiss of the Middlesex County Prosecutor's Office Defendants (MCPO)

which argues for dismissal based on prosecutorial immunity.

Recently received discovery indicates both that the Defendant Prosecutors were involved in

and, indeed, supervised the investigation into the crime at the Hampton Inn-  and that the

investigation into the crime was flawed and irregular in every respect to a degree that shocks the

conscience.  Although still at the early stages of discovery, the record demonstrates that the

Defendants knew or should have known that the suspect was Barrington A. Walker who is tied to

the scene by fingerprints, DNA evidence, video footage, and clothing. Nijeer Parks who was in

Patterson, NJ at the time had nothing to do with the scene and not a shred or even scintilla of

evidence connected him in any way to the crime.  Indeed, every piece of evidence positively

exonerated Plaintiff as did, of course, the fact that he had never had a driver's license, had never

been to the Hampton Inn and had had a solid alibi for the time and place of the crime.  Therefore,

the prosecutorial immunity is not applicable and the Motion to Dismiss must be denied in its

entirety. *Buckely v. Fitzsimmons*, 509 U.S. 259 (1993), siting *Hampton v. Chicago,* 484 F.2d 602, 608

(7th Cir., 1973) which holds that prosecutors not immune when exercising investigative functions.


**B. Recently Received Discovery Shows that the Investigation Intentionally Violated Plaintiff's Rights**

Responses to Plaintiff's first set of discovery demands by the Woodbridge Police

Department (WPD) contain shocking evidence and details that demonstrate that Plaintiff, an

African American male, was the victim of an intentional false arrest on charges known by

defendants to be false.  As shown in Plaintiff's original opposition and restated below, the MCPO

oversees all investigations and was involved, *inter alia,* through the supervision and actions of

Defendant Peter Nastasi, a member of the MCPO.  The additional details on the deficient

investigatory process include the following:

- WPD IS Bureau report of Detective Quesada summarized the evidence and concluded on January 26, 2019, the day of the incident that "[a]ll property [was] prepared for evidence or DNA analysis. ….." PARKS 000098 (attached hereto as Exhibit A).

- Despite this, the Affidavit of Probable cause  (PARKS00008 – 00010) relies solely on the facial recognition match.  (Attached hereto as Exhibit B)

- The facial recognition match was, based on the documents itself, not a basis for probably cause. Discovery contains a request for this information. The NJ Regional Operations

Intelligence Center form which is what generates a facial recognition search prominently states at the top of the form:

> *If the NJ ROIC Facial Recognition Initiative produces a possible match, this should only be considered an investigative lead. Further investigation is needed to confirm a possible match through other investigative corroborated information and/or evidence.* ***INVESTGATIVE LEAD, NOT PROBABLE CAUSE TO MAKE AN ARREST*** *[emphasis in original]*

PARKS000091 (attached hereto as Exhibit C)

- Moreover, the facial recognition match was made after the original photo had been altered and the Defendants knew this.  Investigator Seamus Lyons, the investigator at the Rockland County Intelligence Center, explained to Detective Tapia that he had **"altered the photo on the license"** and then he used it to obtain the match. [emphasis added] PARKS000034  (Attached hereto as Exhibit D).

- Moreover, although the WPD described the facial recognition Investigator Lyons described this search results as a a "possible hit."  Parks 000035 (Attached hereto as Exhibit E).

- All of the paperwork for the issuance of a warrant and complaint were prepared without any of the normal and required corroborative information and/or evidence being even looked at.

- Thus, for example, the NCIC 2000 Response to the request for a fingerprint match which indicates that the request was sent and received on February 14, 2019 also indicating a match with Barrington Walker. PARKS000099- 105 (Attached hereto as Exhibit F).

- Inexplicably, this ID Bureau Suspect Report was not signed off on until January 22, 2021, almost two years later and about three weeks after this case became a matter of intense public interest. PARKS000148 (Attached hereto as Exhibit G)

- A DNA Request was made by Detective Jorge Quesada as indicated by the undated request form.  PARKS000106  (attached hereto as Exhibit H).

- CODIS provided a "high stringency match" to Barrington Walker on the DNA sample on or about July 30, 2021.  PARKS000149 (attached hereto as Exhibit I).

- Although there was video of the actor, this was never used in the investigation.

- Although there were multiple eye witness, no lineups were done.

- PO Lee, who had been dispatched to the scene at the Hampton Inn and had interacted with the suspect, was contacted by Lt. Ng who advised him that "Nijeer Parks, who was involved in the incident on January 26, 2019."  PO Lee described what happened next:

  > I arrived at HQ and was brought down to the processing area with Lt. Ng and Det. Sgt. Penicaro. Once there, I observed Mr. Parks sitting on the rail and identified him as being the suspect from the January 2019, incident at the Hampton Inn on Rt. 9N."  PARKS 000076 - 8 (attached hereto as Exhibit J).

This is a clearly biased and unreliable identification which used none of the standard protocols, e.g.  a line up.

- All of this investigation was done under the direction and supervision and with actual involvement of the Defendant MCPO Defendants.

The only fair conclusion here is that defendants, including, as shown below, the MCPO Defendants, knew or should have known that they were charging, arresting, incarcerating, and setting  in motion the prosecution of the wrong man.

### C.  Middlesex County Prosecutor Oversaw the Investigation

The Complaint provides a detailed allegations of the MCPO having been involved in an illegal and unconstitutional investigation. Paragraphs 34 through  38 of the Complaint recount the

wrongdoing of the Middlesex County Prosecutor.   Christopher Kuberiet, , the then acting Middlesex County Prosecutor,  in his personal and/or official capacity, either directly or through his agent engaged in a series of wrongdoings.   Upon information and belief, Defendant Kuberiet was involved in the investigation which consisted entirely of the faulty facial recognition match and which either intentionally ignored the panoply of exonerating evidence or failed culpably to include it in the investigation.  In other words, "the Middlesex County Prosecutor cooperated and joined with the Woodbridge Police Defendants in utilizing the facial recognition technology in an illegal and unconstitutional manner." .  *Id. at* ¶ 37.  The Prosecutor acted  "wrongly either out of personal motive, with malicious intent, or in excess of its jurisdiction….." .  *Id. at* ¶ 38. Moreover, it is alleged that Defendant Kuberiet, failed to supervise the use of facial recognition by its assistant prosecutors.  *ECF No. 16,* ¶ 125. Plaintiff further alleges that the Middlesex County Prosecutor failed to properly train and discipline its assistant prosecutors. *Id. at* ¶¶ 126-127. As to Assistant County Prosecutor Peter Nastasi, plaintiff alleges that Defendant Nastasi  in "his official or personal capacity or some other person in the Middlesex County Prosecutor's Office" authorized the issuance of an arrest warrant when they knew or should have known there was no basis for issuance of same. *Id. at* ¶ 34. As a result of this encounter, plaintiff asserts constitutional violations against the defendants collectively and seeks judgment for monetary damages.   On a Motion to Dismiss on the pleadings, the allegations must be presumed true. . *Mortensen v. First Fed. Sav. & Loan Ass'n*, 549 F.2d 884, 891 (3d Cir. 1977).

In addition to the presumed truthfulness of the allegations, the court may take judicial notice that the Middlesex County Prosecutor's mission is two-part:  first, "to ensure public safety and security through the professional investigation of crime; and,   second, [to engage in] the

"aggressive prosecution of the criminals responsible. ..." Mission Statement on web page. [1] In furtherance of its investigative mission, the MCPO formed the Crime Scene Unit which provides "specialized and technical services" to every police department in the County of Middlesex including Defendant WPD and to assist with "the detection, preservation, collection, and analysis of evidence." (See MCPO website page attached as Exhibit B to Plaintiff's Opposition Brief.) The Crime Scene Unit exists because

> The successful prosecution of criminal cases requires a thorough and professional police investigation which frequently integrates the skills of personnel trained in evidence detection, preservation, collection, and analysis. This process, very often, begins at the crime scene. The Crime Scene Unit was established for the purposes of providing specialized and technical services to the entire Middlesex County law enforcement community....the Unit is regularly called upon to assist municipal law enforcement with the detection, preservation, collection, and analysis of evidence in a variety of criminal cases.

*Id.* In addition, the Prosecutor is also involved in the investigation of a crime through its Evidence Control Unit (See web site page on this unit attached to Plaintiff's Opposition papers. as Exhibit C). "The Evidence Control Unit is responsible for the storage, tracking, release, and disposal of both evidence and other items related to criminal investigations and prosecutions. [emphasis added]." *Id.*

Additionally, the MCPO has a special unit, the Technical Operations Unit, and special detectives who "are responsible for assisting investigations within ......municipal law enforcement agencies with a variety of technical functions that assist in the discovery, access, and presentation of digital evidence related to criminal cases." (See the description for the Technical Operations Unit attached two Plaintiff's Opposition brief as Exhibit D). Given that this case depended solely on the emerging and highly controversial facial recognition technology, the Technical Operations unit either was involved or should have been involved in

---

[1]https://www.middlesexcountynj.gov/government/departments/department-of-public-safety-and-health/office-of-

this investigation. The MCPO has asserted control and responsibility over criminal investigations. The MCPO has asserted with particular force in cases involving emerging technologies. It is unrebutted that Defendant Peter Nastasi, a member of the MCPO, reviewed the evidence prior to the issuance of the warrant and criminal complaint and that he, in fact, green lighted the criminal charges against plaintiff. The MCPO is clearly implicated in the intentional or reckless mishandling of the investigation of the underlying crime.

When a member of the Prosecutor's Office searches for the clues and corroboration for probable cause, he is not acting as a prosecutor. Therefore,

> When a prosecutor performs the investigative functions normally performed by a detective or police officer, it is "neither appropriate nor justifiable that, for the same act, immunity should protect the one and not the other."

*Buckely v. Fitzsimmons*, 509 U.S. 259 (1993), siting *Hampton* v. *Chicago*, 484 F.2d 602, 608 (7th Cir., 1973). When prosecutors are acting in collaboration with the municipal police during the investigatory stage, they are not state officials, but are local officials. See also, *Kulwicki v. Dawson*, 969 F.2w. 1454, 1463 (3d Cir. 1992), quoting *Imler v. Pachtman*, 424 U.S. 409 (1976). Therefore, this claim must proceed under both Sec. 1983 and the NJCRA.

A jury must be allowed to determine whether the HCPO is liable because, *inter alia*:

1. Peter Nastasi and MCPO detectives in supervising the investigation review and then approved a Criminal Complaint based only on a Facial Recognition result which under black letter law is not a viable basis for probable cause.

2. Peter Nastasi and the MCPO detectives in supervising the investigation allowed a facial recognition search which used an altered photograph to be used;

---

the-county-prosecutor

3.  Peter Nastasi and the MCPO detectives in supervising the investigation suppressed in an intentional way or , in the alternative, in a reckless way the exonerating physical evidence of finger prints which demonstrated that the actual actor was Barrington A. Walker.

4.  Peter Nastasi and the MCPO in supervising the investigation suppressed in an intentional way or, in the alternative in a reckless way which shocks the conscience the exonerating DNA evidence which proved that the actual actor was Barrington A. Walker.

5.  Peter Nastasi and the MCPO failed to have a line up or other accepted process for having eye witnesses provide assistance.;

**D. Conclusion**

For the foregoing reasons and the shocking facts which show that the defendants knew or failed to know because of their reckless disregard that the actual actor was Barrington A. Walker and not the Plaintiff, Nijeer Parks.   The record indicates that The MCPO Defendants supervised directed, and green lighted this outrage. Therefore, based upon the above cited authorities and based upon arguments made in Plaintiff's Opposition brief, the application of the Attorney General on behalf of the Middlesex County Prosecutor Defendants must be denied in its entirety.

Respectfully submitted,

By: _____

Daniel W. Sexton, Esq.
Counsel for Plaintiff

cc *Lori Dvorak via ECF only*
   *Frederick L. Rubenstein via ECF only*
   *Jordyn Jackson, DAG via ECR only*
   *Client via email only*

A

**WOODBRIDGE POLICE DEPARTMENT**
**I.D. BUREAU REPORT**

Date: <u>01-26-2019</u>          Alarm#: <u>19010123</u>          Case #: _____
Type of Crime: <u>Agg Assault PD, Shoplifting</u>
Victims Name: <u>Hampton Inn</u>          Address: <u>370 US HWY 9 N Hopelawn NJ</u>
Location of Incident: <u>SAA</u>
I.D. Detective: <u>Quesada</u>          C.I.D. Detective: <u>Det. S. Tapia</u>
Arrival Time: <u>1230</u>          Departure Time: <u>1330</u>
Scene Processed?          Yes ☒          No ☐
Scene Photographed?          Yes ☒          No ☐          Photo File #: <u>014-19</u>

| Items Processed for Latent Prints | Location | Process Type | Results |
|---|---|---|---|
| Glass Door | SAA | Metalic Powder | Lifted 3 prints off glass door |
| Vehicle outside driver window & inteior | Tow Yard | metalic powder | 5 useable prints lifted |
| Febreze air fresher spray bottles | Lab | metalic powder | Neg |
| 2 Lighter | Lab | metalic powder | Neg |
| cell phone charger | Lab | metalic powder | Neg |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Prepared for AFIS Entry:          Yes ☒          No ☐

**Narrative:**
<u>Responded to the Hampton Inn, for a shoplifting turned robbery and agg assault on PD. The scene was processed and photographed, photos were placed of 2 discs 1 of 1 w 45 images and 2 of 2 with 17 images. Photos consisted of the damage to patrol car #3 and damage to building from the suspect crashing into it. A water bottle that office observed the suspect drink and place into trash can was recovered. Above 3 prints recovered from glass door the suspect ran out from. The suspect sneaker that he lost during the foot pursuit was recovered. Consent search was conducted on the MV and additional prints and property were recovered and photographed. Prints recovered from MV and property will be sent out for processing. A Vape pen was recovered in the vehicle and a DNA along with THC test will be requested. An additional water bottle was recovered by patrol in a bag of property he dropped during the foot pursuit will be sent out for DNA along with a bag of suspected marijuana. Two Fabreze Air freshener spray bottles were recovered in MV w/Neg results. All property, prepared for evidence or DNA analysis. JMQ 1,2,3,12,13,14,15,16 was sent to Afis</u>

I.D. Detective: <u>Quesada</u>          Date: <u>1-26-19</u>

B

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1225 | W | 2019 | 000156 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*
VS.

**NIJEER K PARKS**

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE            NJ  07095-0000
732-636-6430    COUNTY OF: MIDDLESEX

ADDRESS: 485 E. 19TH ST. APT # 3G

PATERSON                  NJ  07522-0000

| # OF CHARGES 5 | CO-DEFTS | POLICE CASE #: 19010123 |
|---|---|---|

COMPLAINANT NAME: DET. S TAPIA
1 MAIN ST.

WOODBRIDGE         NJ  07095

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN      DOB: 09/11/1987
DRIVER'S LIC. #. P06195927209872      DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x832   SBI #:
TELEPHONE #:                  ( )
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed <u>and</u> (2) the defendant is the one who committed it:

On Saturday January 26, 2019, The suspect went in to the Hertz rental located within the Hampton inn hotel on rt.9 No. in Woodbridge with the intent of exchanging a previously rented 2018 grey Challenger bearing New York registration JBD2162 with another Dodge Challenger. He presented a fraudulent Tennessee Driver's License with the name Jamal Owens and the suspect's real picture on it. Woodbridge Police Officers Lyszyk and Officer Lee were dispatched to investigate and the suspect presented them with the Tennessee driver's license. Officer Lyszyk contacted the Tennessee State Police and confirmed that the Tennessee driver's license was fraudulent. When the suspect was confronted by Patrol Officers Lyszyk and Lee, he resisted arrest and ran into the Dodge Challenger. He drove at Officer Lee, rammed the police car and the building. Officer Lee had to jump out of the way to avoid serious injury. Patrol Officers pursued the vehicle for a short distance and lost sight of it. Woodbridge Police I.D. Detective Quesada responded to the Hampton Inn Hotel and processed the scene. The suspect's sneaker, the fake Tennessee driver's license, and a water bottle that the suspect drank out of were brought back to Woodbridge headquarters for further processing. The vehicle was later located by Sgt. Flavell unoccupied on Mattison St. Woodbridge. Sgt. Flavell towed the vehicle to our impound yard for further processing by detectives. I contacted Hertz corporate security manager and I was given consent to search the vehicle. Detective Quesada processed the inside of the vehicle for fingerprints and several prints were lifted. I verified with Officer Lee and Officer Lyszyk that the picture on the fraudulent Tennessee driver's license was the picture of the suspect and they were 100% sure it was the suspect's picture. I sent out the suspect's Tennessee driver's license picture to the Regional Operations Intelligence Center (ROIC) and the New York State Intelligence Center (NYSIC) for facial recognition. On January 27, 2019, I received a high profile comparison to the picture on the fraudulent Tennessee driver's license. The suspect was identified as Nijeer Parks with a date of birth of September 11, 1987 with a last known address of 485 E. 19th St. Apt # 3G Paterson, NJ. I compared the photo on the fraudulent Tennessee driver's license to Nijeer Parks' real New Jersey driver's license and it is the same person.

Affidavit of Probable Cause

Page 8 of 10                           1/1/2017

PARKS000008

## Affidavit of Probable Cause

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1225 | W | 2019 | 000156 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO |

**THE STATE OF NEW JERSEY**
VS.
NIJEER K PARKS

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

3. If victim was injured, provide the extent of the injury:

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: PTL. S TAPIA LAW ENFORCEMENT OFFICER        Date:        01/30/2019

| | Affidavit of Probable Cause |
|---|---|
| | Page 9 of 10                    1/1/2017 |

PARKS000009

## Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **1225** | **W** | **2019** | **000156** | *VS.* |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | **NIJEER K PARKS** |

WOODBRIDGE MUNICIPAL COURT
1 MAIN STREET
WOODBRIDGE            NJ 07095-0000
732-636-6430   COUNTY OF: **MIDDLESEX**

ADDRESS:
**485 E. 19TH ST. APT # 3G**

**PATERSON            NJ 07522-0000**

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | | 19010123 |

COMPLAINANT **DET. S TAPIA**
NAME:        1 MAIN ST.

            WOODBRIDGE        NJ 07095

DEFENDANT INFORMATION
SEX: **M** EYE COLOR: **BROWN**      DOB: **09/11/1987**
DRIVER'S LIC. #. **P06195927209872**            DL STATE: **NJ**
SOCIAL SECURITY #: **xxx-xx-x832**   SBI #:
TELEPHONE #:            ( )
LIVESCAN PCN #:

**Purpose:** The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

-The complaining officer personally observed the offense.

-The offense/incident was recorded using electronic/surveillance via:
    •Dash Camera/MVR/DIVR
    •Surveillance Camera

-The defendant was a stranger to the victim.

-Identification procedures were used by utilizing:
    •Other/Explain Facial recognition

-A weapon was involved in the incident:
    •Other/Explain Vehicle

-Physical evidence was seized/recovered:
    •CDS:
            •Marijuana
    •Drug Paraphernalia
    •Other Type(s) of physical evidence water bottle, sneaker

-The defendant fled, attempted flight, or resisted arrest.

            •Foot pursuit
            •Motor Vehicle pursuit
            •Physical resistance

-The defendant operated a motor vehicle in a manner that endangered public safety.

-The case involves CDS and the evidence was recovered via:
    •Pedestrian Stop

-The case involves a consent search.

**Certification:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: ___ **PTL. S   TAPIA LAW ENFORCEMENT OFFICER**      Date: ___ **01/30/2019**

| Preliminary Law Enforcement Incident Report |
|---|
| Page 10 of 10        7/20/2018 |

PARKS000010

C

Reset Form

 **FACIAL RECOGNITION INITIATIVE**
# Request for Facial Recognition/Photo Array

*If the NJ ROIC Facial Recognition Initiative produces a possible match, this should only be considered an investigative lead. Further investigation is needed to confirm a possible match through other investigative corroborated information and/or evidence.* **INVESTIGATIVE LEAD, NOT PROBABLE CAUSE TO MAKE AN ARREST.**

Please submit this form by email to: frlab@mvc.nj.gov. For questions or additional information, contact NJ ROIC Analysis at (609) 963-6900, ext. 6240, 6246, 6282, 6969, and 6277.

| Date: **January 27, 2019** | Agency: **Woodbridge Police Department** | |
|---|---|---|
| Requestor: **Det. Santiago Tapia #481** | | Title: **Detective** |
| Email: **santiago.tapia@twp.woodbridge.nj.us** | Telephone: **(732) 675-2555** | Fax: **(732) 634-2554** |
| Jurisdiction: **Middlesex County** | Case Number: **19010123** | ORI Number: **nj0122500** |
| Supervisor Name **Lt. Michael NG** | Email: **Michael.ng@twp.woodbridge.nj.us** | Telephone: **(732) 634-7319** |

**Suspect** *(if known)*:

| Name: **unknown** | Alias(es) **Jamal Owens** | |
|---|---|---|
| Date of Birth **unknown** | Race: **Black** | Gender: **Male** |

**Reason for Request:**
*Please be specific, and include any scars, marks, tattoos, blemishes, or other distinguishing characteristics that your subject may have.*
**Individual presented Woodbridge officers a fake Tennessee drivers license with his picture on it. When officers confronted him, he attempted to run over the officer with his vehicle, struck the rear of the police car and the side of a building before fleeing the scene. The vehicle was later recovered unoccupied. Inside of the vehicle we found evidence suggesting that he may be from the Bronx NY. I attached a copy of the fake drivers license. The officers are certain the picture on the drivers license is of the suspect. Can you check both NY and NJ database? I attached a copy of the fake drivers license.**

*For best results, please attach the image(s) separately in jpg format.*

| ──── For NJ ROIC Use Only ──── |
|---|
| MPTL #: |

S.P. 383 (Rev. 06/17)

PARKS000091

**D**

**TAPIA, SANTIAGO**

| | |
|---|---|
| From: | Seamus Lyons <lyons@RCPIN.net> |
| Sent: | Monday, January 28, 2019 9:29 AM |
| To: | TAPIA, SANTIAGO |
| Subject: | RE: Aggravated Assault on a Police Officer (Flyer) |

Good news. Yes, I used facial recognition soft ware but altered the photo on the license a little to get the pixels clear. Got a high number hit and he is a Patterson NJ guy. We have facial recognition here at the Rockland County Intel Center. Keep my info and if you need anything in the future call or email. Stay safe.

Seamus


ROCKLAND COUNTY INTELLIGENCE CENTER  PO BOX 295, NEW CITY, N.Y. 10956
INVESTIGATOR SEAMUS A. LYONS  #891
ROCKLAND COUNTY SHERIFF'S DEPARTMENT INTELLIGENCE CENTER
55 NEW HEMPSTEAD ROAD, NEW CITY, N.Y. 10956
W-MAIN-845-364-3611
W-DIRECT-845-364-3632
W-CELL-845-521-0334
EMAIL- lyons@rcpin.net<mailto:lyons@rcpin.net>

From: TAPIA, SANTIAGO [santiago.tapia@twp.woodbridge.nj.us]
Sent: Monday, January 28, 2019 9:24 AM
To: Seamus Lyons
Subject: Re: Aggravated Assault on a Police Officer (Flyer)

Yes. He's fine. How did you guys ID him. Facial recognition through NYSIC or the ROIC?



Sent via the Samsung Galaxy S8, an AT&T 4G LTE smartphone


-------- Original message --------
From: Seamus Lyons <lyons@RCPIN.net>
Date: 1/28/19 9:17 AM (GMT-05:00)
To: "TAPIA, SANTIAGO" <santiago.tapia@twp.woodbridge.nj.us>
Subject: RE: Aggravated Assault on a Police Officer (Flyer)

Excellent !!!!!!!!!!  how is the officer. Is he ok?


ROCKLAND COUNTY INTELLIGENCE CENTER  PO BOX 295, NEW CITY, N.Y. 10956
INVESTIGATOR SEAMUS A. LYONS  #891
ROCKLAND COUNTY SHERIFF'S DEPARTMENT INTELLIGENCE CENTER
55 NEW HEMPSTEAD ROAD, NEW CITY, N.Y. 10956
W-MAIN-845-364-3611
W-DIRECT-845-364-3632

1

**E**

W-CELL-845-521-0334
EMAIL- lyons@rcpin.net<mailto:lyons@rcpin.net>

From: TAPIA, SANTIAGO [santiago.tapia@twp.woodbridge.nj.us]
Sent: Monday, January 28, 2019 9:16 AM
To: Seamus Lyons
Subject: Re: Aggravated Assault on a Police Officer (Flyer)

That's him.
Thank you and Sgt. Dey for your help.
Tapia


Sent via the Samsung Galaxy S8, an AT&T 4G LTE smartphone


-------- Original message --------
From: Seamus Lyons <lyons@RCPIN.net>
Date: 1/28/19 8:40 AM (GMT-05:00)
To: "TAPIA, SANTIAGO" <santiago.tapia@twp.woodbridge.nj.us>
Subject: Aggravated Assault on a Police Officer (Flyer)

See attached PDF regarding your PD Police Information flyer Aggravated Assault on a Police Officer. Good possible hit on facial recognition. It was sent to us from the NJ PIP Police Sgt R. Dey. Let me know if you need any further. Good luck.


Inv Seamus Lyons


ROCKLAND COUNTY INTELLIGENCE CENTER  PO BOX 295, NEW CITY, N.Y. 10956
INVESTIGATOR SEAMUS A. LYONS  #891
ROCKLAND COUNTY SHERIFF'S DEPARTMENT INTELLIGENCE CENTER
55 NEW HEMPSTEAD ROAD, NEW CITY, N.Y. 10956
W-MAIN-845-364-3611 ✻
W-DIRECT-845-364-3632
W-CELL-845-521-0334
EMAIL- lyons@rcpin.net<mailto:lyons@rcpin.net>

This RCPIN email, including attachments, may include confidential and/or proprietary information.  If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any disseminiation, distribution, or copying of this email is prohibited.  If you have received this email in error, please notify the sender by replying to this message and deleting this email immediately.


PRIVACY NOTICE:
This e-mail, including attachments, may include privileged, confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

PARKS000035

F

# REQUEST FOR LATENT FINGERPRINT EXAMINATION

STATE OF NEW JERSEY
DEPT. OF LAW & PUBLIC SAFETY
IDENTIFICATION & INFORMATION TECHNOL
POST OFFICE BOX 7068
W. TRENTON, NEW JERSEY 08628-

THIS PACKAGE CONTAINS POTENTIAL SUSPECT
IDENTIFICATION. IT IS INCUMBENT UPON THE
SUBMITTING AGENCY TO PROVIDE POSITIVE ID FOR
PROSECUTORIAL PURPOSES.
**LAW ENFORCEMENT FINAL VERIFICATION**

NAME:
DATE:
AGENCY:

| SUBMITTED AT: | SUBMITTING AGENCY AND ADDRESS: |
|---|---|
| ☐ W. TRENTON: 609-882-2000 EXT. 2461 | Woodbridge Police |
| ☒ HOLMDEL: 732-441-4500 EXT. 7225 | 1 main St Woodbridge NJ 07095 |
| ☐ BUENA VISTA: 609-561-1800 EXT. 3326 | SUBMITTING AGENCY CASE NUMBER: 19010123 |

| INVESTIGATIONG OFFICER: | ORI NUMBER: NJ 0122500 | TELEPHONE NUMBER: 732 634-7700 ext 2114 |
|---|---|---|

| CRIME: 2C: 12-18(2) 2C: 20-11 | CRIME DATE: 01/26/19 | SUSPECT: UNK |
|---|---|---|

BRIEF HISTORY: Shop lifting turned Robbery with Aggy Assault on police.

| ITEM # | COMMENT | CANDIDATE FBI NUMBER | CANDIDATE SBI NUMBER | FING/PALM NUMBER | LIFT ID/PATTERN TYPE/MINUTIAE |
|---|---|---|---|---|---|
| JMQ1 | | 382204AE1 | | LP LP | (01-01) PALM 10G PTS (01-02) PALM 51P |
| JMQ2 | | 382204AE1 | | LP | (02-01) PALM 10G PTS |
| JMQ3 | | | | | NS |
| JMQ12 | | | | | NS |
| JMQ13 | | | | | NS |
| JMQ14 | | | | | NS |
| JMQ15 | | | | | NS |
| JMQ16 | | | | | NS |

COMMENTS:

| DELIVERED BY: 325 | RECEIVED BY: (INITIALS/DATE) PB 2-8-19 | ADMINISTRATIVE REVIEW BY: (INITIALS/DATE) TW 2-19-19 |
|---|---|---|
| ENTERED BY: (INITIALS/DATE) PB 2-13-19 | COMPARED BY: (INITIALS/DATE) PB 2-14-19 | |
| RETURNED TO: (INITIALS/DATE) 375 | RETURNED BY: (INITIALS/DATE) PB 2-22-19 | |
| RELAUNCH ID BY: (INITIALS/DATE) | TP/UL ID BY: (INITIALS/DATE) | IAFIS BY: (INITIALS/DATE) 2-14-19. PM LS WB |

IN THE EVENT THAT THIS CRIME IS CLEARED, EITHER AS A RESULT OF LATENT SEARCH
OR OTHER MEANS, PLEASE ADVISE THE BIOMETRIC IDENTIFICATION UNIT.

CJIS 2000 Response

Page 1 of 1

# CJIS 2000 Response

Powered by CICS Web Services

---

## NCIC 2000 Response

```
02/14/2019  07:54:00
7L01TCP LDNM8P45EF
NJNSP8600
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON FBI/382204AE1 PUR/C
NAME                         FBI NO.          INQUIRY DATE
WALKER,BARRINGTON             382204AE1        2019/02/14


SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR PHOTO
M    B    1993/02/28   601    180    BRO  BLK   N

BIRTH PLACE
UNITED STATES

FINGERPRINT CLASS       PATTERN CLASS

ALIAS NAMES
WALKER,BARRINGTON A           WALKER,BARRINGTON ANTHONY

MISC NUMBERS
AR-A204017146
FN-1131291065

IDENTIFICATION DATA UPDATED 2016/10/14

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
FLORIDA         - STATE ID/FL08162342
MAINE           - STATE ID/ME0293517
FBI             - FBI/382204AE1

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

END OF NCIC RESPONSE
```

Back

PARKS000100

| LEAVE BLANK | CHIMINAL | STATE USAGE | (STAPLE HERE) | | | LEAVE BLANK |
|---|---|---|---|---|---|---|
| | | NFF SECOND | ☐ | ☐ | ☐ | |
| | | SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR | |

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

WALKER,BARRINGTON

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH   MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 382204AE1 | | | | | | | | |



1. R.THUMB   2. R.INDEX   3. R.U   4. R.RING   5. R.LITTLE

6. L.THUMB   7. L.INDEX   8. L.U   9. L.RING   10. L.LITTLE

C746DN_Holmdel   2019-02-14 08:08:46

L.THUMB   R.THUMB

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

PARKS000101

JOLLUTTEI

| DATE PRINTED | SIGNATURE OF OFFICIAL TAKING PRINTS | ID NUMBER | CONTRIBUTOR (ORI) | 9N47VT06M |

NJNSP7800



C746DN_Holmdel   2019-02-14 08:45:33

PARKS000102



382204AE1



BB122519B0207-01-01b

| Field | Value |
| --- | --- |
| Search ID | BB122519B0207-01-01b |
| Respondent ID | 382204AE1-36850229 |
| Search Print Type | PALM |
| Respondent Print Type | PALM |
| Search Palm Segment | 20 |
| Respondent Palm Segment | 27 |
| Name | paulm |
| Operator | paulm |
| Workstation | NJSPWSholmdel1 |
| Date | February 14, 2019 |
| Time | 9:35:52 AM EST |
| Search Date | February 13, 2019 |
| Search Time | 4:24:48 PM EST |



38220AAE1–LP



| Field | Value |
|---|---|
| Search ID | BB122519B0207-02-01-01b |
| Respondent ID | 38220AAE1-36850233 |
| Search Print Type | PALM |
| Respondent Print Type | PALM |
| Search Palm Segment | 20 |
| Respondent Palm Segment | 27 |
| Name | paulm |
| Operator | paulm |
| Workstation | NJSPWSholmdel1 |
| Date | February 14, 2019 |
| Time | 9:27:55 AM EST |
| Search Date | February 13, 2019 |
| Search Time | 4:25:47 PM EST |



BB122519B0207-02-01-01b



382204AE1–Lef



BB122519B0207-01-02-01b

| Field | Value |
|---|---|
| Search ID | BB122519B0207-01-02-01b |
| Respondent ID | 382204AE1-38850232 |
| Search Print Type | PALM |
| Respondent Print Type | PALM |
| Search Palm Segment | 20 |
| Respondent Palm Segment | 27 |
| Name | paulm |
| Operator | paulm |
| Workstation | NJSPWSholmdel1 |
| Date | February 14, 2019 |
| Time | 10:00:55 AM EST |
| Search Date | February 13, 2019 |
| Search Time | 4:24:20 PM EST |

G

# WOODBRIDGE POLICE DEPARTMENT
## ID BUREAU SUSPECT REPORT

Date: <u>01-26-2019</u>          Alarm #: <u>19010123</u>          Case#: _____

Suspect's Name: <u>Walker, Barrington A</u>          Sex:   <u>Male</u>
Address: <u>240 West 141 St Manhattan, NY</u>          SBI#: <u>-</u>
DOB: <u>02/28/1993</u>          FBI#: <u>382204AE1</u>
SOC: _____          WPD#: <u>-</u>

Latents Submitted to AFIS?          Yes ☒          No ☐          NA ☐
Date Submitted: <u>02-08-2019</u>          Submitted By: <u>ID Tech W. Trevena #375</u>
Return Date:    <u>02-22-2019</u>          Returned By:  <u>ID Tech W. Trevena #375</u>

## Results of AFIS Submission

Latent Finger Print #: <u>JMQ-2</u>          Identified as # <u>Left Palm</u> Finger
Latent Finger Print #: _____          Identified as # _____ Finger
Latent Finger Print #: _____          Identified as # _____ Finger

Identification Made By: <u>Det. Douglas Cioni #476</u>   Date: <u>01-22-2021</u>
Identification Confirmed By: <u>Lt. J Velez #332</u>   Date: <u>01-22-2021</u> *JSV/#332*

## Narrative:
<u>The above listed individual was supplied by New Jersey State Police A.F.I.S.(Automated Fingerprint
Identification System). The candidate was supplied as a result from a hit within AFIS. The individuals rolled
impressions supplied by NJSP AFIS were then compared to the latent fingerprint discovered on the Hampton
Inn exit door (above listed alarm #).The latent, similar in pattern, also displayed at least twenty exact minutea
details making the latent an exact match with the left palm impression of Barrington Walker.</u>

I.D. Detective: _____ Date: <u>1-22-21</u>
                        Signature                              Completed

WPD-063 (10/05-b)

PARKS000148

H



**DNA REQUEST**

Woodbridge Police Department

1 Main Street

Woodbridge, N.J. 07095

732-634-7700

Crime:

Alarm # **19010123**

Date of Crime:  01-26-2019

Suspects:  UNK

Victim: Woodbridge PD, Hampton INN

Investigated by:  Det. J. Quesada / Det. S. Tapia

I responded to The Hampton Inn located at 370 US HWY 9N in Hopelawn N J. on a report of a shoplifting turned robbery and aggravated assault on Police. The suspect was stopped by Police and the suspect presented a fake driver's license. While the license was being checked the suspect purchased a bottle of water and drank it in front of officers then placed it into a trash can where it was later recovered and photographed. When he was told he was under arrest he dropped a bag of property and fled on foot jumping into his vehicle and fleeing attempting to strike an officer and striking a patrol car. During the foot pursuit the suspect lost his sneaker that was recovered. The bag of property had an additional water bottle that was open and a bag of marijuana. The vehicle was recovered within an hour and a consent search conducted. During processing and search a vape pen (suspected THC) was recovered in the rear seat behind the driver seat.  All of the items were photographed, collected, packaged, labeled and held for DNA submission.

It is requested that the listed items, JMQ4, JMQ5, JMQ6, JMQ7 be examined for discovery of DNA and if discovered perform a search with DNA on file.

Respectfully Submitted,

Detective Jorge Quesada #525

Woodbridge P.D.   Detective Bureau/ Crime Scene

Direct: 732-634-7700 ext. 2114

I



NEW JERSEY STATE POLICE
OFFICE OF FORENSIC SCIENCES
## CODIS
INVESTIGATIVE HIT
NOTIFICATION

CODIS Unit
1200 Negron Drive
Hamilton, NJ 08691
Harpreet Singh,
CODIS Administrator
609-584-5054 x 5423

July 30, 2021

**CODIS Hit #:  CH21-0817**

To Sir/Madam:

During a search of the CODIS (Combined DNA Index System) database, a high stringency match occurred between the following:

**CASE(S):**

| Lab Specimen ID | Agency Name/Case # | Offense Date | Offense | Contact Info |
|---|---|---|---|---|
| E19-00917 #1-1-1_VC | Woodbridge Twp PD 19010123 | 01/26/2019 | Aggravated Assault on a Police Officer, Resist, Obstruct, Disarm an Officer, Shoplifting<br><br>County of: MIDDLESEX | P.O. QUESADA 1 MAIN STREET WOODBRIDGE NJ 07095 732-634-7700 |

**OFFENDER:**

| State | Name | DOB | State ID # | CO # | Comments |
|---|---|---|---|---|---|
| Maine | Barrington Anthony Walker | 02/28/93 | N/A | N/A | FBI# 382204AE1 |

The purpose of this letter is to inform you of a possible investigative lead.

Please submit a buccal swab reference sample to the laboratory for comparison to the evidentiary DNA profiles.

If the New Jersey State Police Office of Forensic Sciences can be of any further assistance, please do not hesitate to contact the laboratory at 609-584-5054.

Sincerely,

*Joseph Mignone*

Joseph Mignone
Forensic Scientist 2
NJSP Office of Forensic Sciences

Reviewed By:  *RH*

---

cc: County Prosecutor's Office
   NJSP Regional Operations Intelligence
   Center Section

OFS(CODIS)044                    Page 1 of 1                    CH21-0817

                                 (Rev 09/20)                    Letter Format Approved By: Director OFS

PARKS000149

J

Main Form                                                                    Page 1 of 3



**WOODBRIDGE POLICE DEPARTMENT**
**WOODBRIDGE, NJ**

| INCIDENT # / REPORT # | OFFICER | BADGE | REVIEW STATUS |
|---|---|---|---|
| 19010123 / 8 | LEE, F | 591 | APPROVED |

**INCIDENT #19010123 DATA**
As Of 02/13/2019 11:48:50

**BASIC INFORMATION**

**CASE TITLE**                    **LOCATION**                        **APT/UNIT #**
AGG ASS/ WOODBRIDGE TWP           370 US HWY 9 N

**DATE/TIME REPORTED**             **DATE/TIME OCCURRED**
01/26/2019 12:21:50               On or about 01/26/2019 12:21

**INCIDENT TYPE(S)/OFFENSE(S)**
(2C:20-11)SHOPLIFTING
(2C:12-1B(2))AGGRAVATED ASSAULT W/WEAPON
(2C:29-3)HINDERING APPREHENSION OR PROSECUTION
(2C:21-2.1(C))EXHIBITIS A FALSE GOVERNMENT DOCUMENT
(2C:35-10(A)(4))POSSESSION OF CDS (MARIJUANA) UNDER 50G
(2C:36-2)USE OR POSSESSION DRUG PARAPHERNALIA
(39:4-129)LEAVING SCENE OF ACCIDENT
(39:4-96)TRAFFIC REGULATION
(39:3-76.2)SAFETY BELTS OR RESTRAINING DEVICES
(2C:29-2A(2))RESISTING ARREST/BY FLIGHT
(39:4-130)TRAFFIC REGULATION
(2C:29-1)OBSTRUCTING ADMINISTRATION OF LAW OR OTHER GOVERNM
(2C:29-2(B))ELUDING
(2C:17-3)CRIMINAL MISCHIEF
(2C:39-4(D))POSS WEAPON UNLAWFUL PURPOSE OTHER WEAPONS

**PERSONS**

| ROLE | NAME | SEX | RACE | AGE | DOB | PHONE |
|---|---|---|---|---|---|---|
| VICTIM | WOODBRIDGE TWP, | | | | | (HOME) 732-634-770 |
| | ADDRESS: 1 MAIN ST   WOODBRIDGE, NJ | | | | | (CELL) |
| VICTIM | HAMPTON INN, | | | | | (WORK) 732855690( |
| | ADDRESS: 370 US HIGHWAY 9 NORTH   HOPELAWN, NJ | | | | | (CELL) |
| REPORTING PERSON | CHARNECO, RICHARD A   MALE   WHITE | | | | | (HOME) |
| | ADDRESS: 370 RT. 9 NORTH   WOODBRIDGE, NJ | | | | | (CELL) |

Main Form                                                                                         Page 2 of 3

| | | |
|---|---|---|
| WITNESS | HIGGINS, CALEIGH      FEMALE  WHITE | (HOME) |
| | **ADDRESS:** 370 RT. 9 NORTH  WOODBRIDGE, NJ | (CELL) |
| WITNESS | GRANT, KAMISHA      FEMALE  BLACK | (HOME) |
| | **ADDRESS:** 370 RT. 9 NORTH  WOODBRIDGE, NJ | (CELL) |
| OWNER/OPERATOR | HERTZ, | (HOME) |
| | **ADDRESS:** 900 DOREMUS AVE  PT NEWARK, NJ | (CELL) |
| VICTIM | LEE, FRANCIS POLICE   MALE   ASIAN/PACIFIC 36  10/17/1982 | (WORK) 732634770C |
| | ISLANDER | |
| | **ADDRESS:** 1 MAIN STREET  WOODBRIDGE, NJ | (CELL) |

**OFFENDERS**

| STATUS | NAME | SEX | RACE | AGE | DOB | PHONE |
|---|---|---|---|---|---|---|
| DEFENDANT | PARKS, NIJEER K | MALE | BLACK | 31 | 09/11/1987 | (HOME) 570-516-4620 |
| | **ADDRESS:** 485 E. 19TH ST 3G PATTERSON, NJ | | | | | (CELL) 570-516-4620 |

**VEHICLES**

| ROLE | TYPE | YEAR | MAKE | MODEL | COLOR | REG # | STATE |
|---|---|---|---|---|---|---|---|
| SUSPECT VEHICLE | | 2018 | DOD | CHA | GRAY | JBD2162 | NY |
| STOLEN S | REC CODE | DATE REC | REC S | REC BY | | | |

**PROPERTY**

| CLASS | DESCRIPTION | MAKE | MODEL | SERIAL # | VALUE |
|---|---|---|---|---|---|
| OTHER | FAKE TENNESSE DL | | | 801527486 | |
| OTHER | 2 BACKWOOD SARK STOUT CIGAR PACKS | | | | |
| OTHER | 2 BACKWOOD SWEET AROMATIC CIGAR PACKS | | | | |
| DRUGS/NARCOTICS | 44 GRAMS OF SUSPECTED MARIJUANA | | | | |
| DRUG/NARCOTIC EQUIPMENT | MARIJUANA GRINDER | | | | |
| OTHER | SPRINT SIM CARD | | | 8901120200 | |
| OTHER | DUNKIN DONUTS RECEIPT | | | 855 | |
| OTHER | 13 ASSORTED CANDIES | | | | |
| OTHER | 2 CLEAR EYE DROPS | | | | |

**OFFICER REPORT: 19010123 - 8 / LEE, F (591)**

PARKS000077

Main Form                                                               Page 3 of 3

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 02/12/2019 10:39:32 | SUPPLEMENT | APPROVED |

**NARRATIVE**

On February 5, 2019, I was contacted by Lt. Ng, who advised me that they currently had an individual, Nijeer Parks, who was involved in the incident on January 26, 2019.  I arrived at HQ and was brought down to the processing area with Lt. Ng and Det. Sgt. Penicaro.  Once there, I observed Mr. Parks sitting on the rail and identified him as being the suspect from the January 26, 2019 incident at the Hampton Inn on Rt. 9N.

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | LEE, F | 591 |
| Approving Officer: | ANDERSEN S | 493 |

PARKS000078

http://172.16.25.36/QED//policepartner/common/crimeweb/incview/main.jsp?agency=WO...   2/17/2019