# Dvorak & Associates, LLC
## Attorneys-at-Law

**Lori A. Dvorak**
Certified by the Supreme Court as a Civil Trial Attorney
**Danielle Abouzeid**

Grace E. Lempka
Jessica Magliette

www.DvorakLegal.com

467 Middlesex Avenue, Metuchen, NJ 08840
Phone: (732) 317-0130; Fax: (732) 317-0140

April 27, 2022

Via Electronic Filing Only
Honorable Leda D. Wettre, U.S.M.J.
Martin Luther King Federal Courthouse & Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    Nijeer Parks v. Middlesex County Department of Corrections, et al.
            Civil Action No. 2:21-cv-04021 (JXN-LDW)

Dear Judge Wettre:

With regard to the above-entitled matter, the undersigned represents the Middlesex County Department of Corrections. In accordance with Your Honor's January 25, 2022 Amended Scheduling Order, please accept the within as a ***joint*** status letter on behalf of the parties.

Still pending before the Court are Defendants McCormac and Licciardi's Motion for Judgment on the Pleadings to Dismiss Plaintiff's Second Amended Complaint with Prejudice, and Defendant Kuberiet's Motion to Dismiss. Plaintiff advises that on February 28, 2022, Plaintiff submitted a Supplemental Opposition letter to the Motion to Dismiss of Defendant Middlesex Prosecutor. Plaintiff requests to be heard to allow discovery of the relevant file of the Middlesex County Prosecutor.

Initial written discovery demands have been exchanged and responded to. Defendants were awaiting an appearance on behalf of "IDEMIA, INC., Maker of the Facial Recognition Software" before rescheduling Plaintiff's Deposition. Plaintiff's counsel, for the first time, advised that Defendant Idemia, Inc., has not been served. Plaintiff does not intend, at this point, to serve Idemia, Inc.

Plaintiff's counsel is seeking additional discovery from the Woodbridge Defendants relating to Internal Affairs Complaints, the disciplinary history of officers, the history of civil rights claims against the officers and the Departments and other similar *Monell* discovery. Attempts to amicable resolve this dispute have been unavailing. Therefore, guidance from the court and/or leave to file a Motion to Compel is requested.

**Dvorak & Associates, LLC**
Attorneys-at-Law

April 27, 2022
Page 2

  All counsel will further elaborate on these issues at the conference as some have been raised for the first time and have been edited by the undersigned for brevity and to remove argument and remain factual only.

  We thank Your Honor for her kind attention to this matter and look forward to the upcoming telephone conference on May 4, 2022 @ 2:30 p.m.

             Respectfully submitted,

LAD:jlp           *s/Lori A. Dvorak*
Cc: *via electronic filing only*:  LORI A. DVORAK
   Fredrick L. Rubenstein, Esq.
   Phoenix N. Meyers, Esq.
   Daniel W. Sexton, Esq.