UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIJEER PARKS,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN E. MCCORMAC, *et al.*,<br><br>       Defendants. | Civil Action No.<br><br>21-4021 (JXN) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a May 4, 2022 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 4th day of May 2022, ORDERED** that the Pretrial Scheduling Order entered August 11, 2021 (ECF No. 32), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **July 29, 2022**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **September 2, 2022**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **October 3, 2022**. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **November 2, 2022**.

5. The parties shall appear for a telephonic status conference before the undersigned on **July 7, 2022 at 2:30 p.m.** The parties shall submit concise status letters to the Court no later

than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

6. As discussed during the telephone conference on this date, plaintiff's counsel shall endeavor to properly effect service of a subpoena on the Middlesex County Prosecutor's Office on or before **May 11, 2022.** In the event of a dispute, plaintiff may file a Motion to Compel on or before **June 1, 2022.**

7. As further discussed, should disputes concerning plaintiff's *Monell* discovery persist, plaintiff's counsel shall file a letter with the Court on or before **June 1, 2022**; counsel for Woodbridge defendants shall file a letter in response on or before **June 15, 2022.**

8. Plaintiff's counsel may provide a proposed Second Amended Complaint to defense counsel to ascertain whether defendants consent to the filing of the same on or before **May 16, 2022.** If consent is not given, then a Motion to Amend may be filed on or before **May 27, 2022.**

      *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge