UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIJEER PARKS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN E. MCCORMAC, *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>21-4021 (JXN) (LDW)<br><br>**ORDER** |

The Court having considered the parties' submissions on plaintiff's Motion to Amend (ECF Nos. 43, 46, 47, 59, 61, 62), and having held a conference with counsel for all parties concerning the same on October 3, 2022, and for the reasons set forth on the record,

**IT IS** on this day, October 3, 2022, **ORDERED** that:

1. Plaintiff's request to name Woodbridge Police Santiago Tapia as a defendant in this action is **DENIED**, as plaintiff has failed to satisfy the requirements of Federal Rule of Civil Procedure 16(b)(4).

2. Plaintiff's request to amend the Complaint to add new factual allegations, which were revealed through discovery produced after the deadline to amend pleadings, is **GRANTED**.

3. On consent of counsel for all parties, plaintiff may amend the Complaint to clarify the use of the word "department" to refer either to the Middlesex Department of Corrections or the Woodbridge Police Department.

4. The Clerk of Court is requested to terminate the motion at ECF No. 43.

                                            *s/ Leda Dunn Wettre*
                                            Hon. Leda Dunn Wettre
                                            United States Magistrate Judge