File No.: 700-2157
**Dvorak & Associates, LLC**
467 Middlesex Avenue\
Metuchen, New Jersey 08840
(732) 317-0130  (732) 317-0140 (FAX)
Attorneys for Defendant, Middlesex County Department of Corrections,(Improperly pled as Middlesex Department of Corrections)

| | |
|---|---|
| NIJEER PARKS<br><br>    Plaintiff<br><br>v.<br><br>JOHN E. McCORMACK, MAYOR OF WOODBRIDGE, in his personal and official capacity, ROBERT HUBNER, DIRECTOR OF THE WOODBRIDGE POLICE, in his personal and official capacity, CITY OF WOODBRIDGE POLICE OFFICERS, ANDREW LYSZK and WOODBRIDGE POLICE SGT. JOSEPH LICCIARDI, WOODBRIDGE POLICE OFFICERS JOHN AND JANE DOE, 1-20, as yet unknown actors, MIDDLESEX DEPARTMENT OF CORRECTIONS, JOHN AND JANE DOES 1-20, being unknown actors, MIDDLESEX COUNTY PROSECUTOR, ACTING PROSECUTOR, CHRISTOPHER KUBERIET, in his personal and official capacity, and ASSISTANT MIDDLESEX COUNTY PROSECUTOR PETER NATASI, and IDEMIA, INC.'S being the maker of the facial recognition software and ABC CORPORATION, being an as yet unknown seller or servicer of the facial recognition programs.<br><br>    Defendants. | **UNITED STATES DISTRICT COURT<br>for the<br>DISTRICT OF NEW JERSEY**<br><br>Civil Action 2:21-cv-04021 (MCA-LDW)<br><br><br>**VOLUNTARY STIPULATION<br>OF DISMISSAL WITH PREJUDICE<br>AS TO DEFENDANT, MIDDLESEX<br>COUNTY DEPARTMENT OF<br>CORRECTIONS ONLY** |

    IT IS HEREBY STIPULATED AND AGREED that all claims and crossclaims asserted against Defendant, **Middlesex County Department of Corrections,** *Only,* be and are hereby voluntarily dismissed with prejudice and without attorneys' fees and costs as to any parties.

**STIPULATED AND AGREED TO BY:**


-2-

**DANIEL W. SEXTON, ESQ. LLC**
*Attorneys for Plaintiff, Nijeer Parks*

_____
DANIEL SEXTON, ESQ.

Dated: 11/2/22

**DVORAK & ASSOCIATES, LLC**
*Attorneys for Defendant, Middlesex County Department of Corrections*

_____
LORI DVORAK, ESQ.

Dated: 11-3-22

**So ORDERED on 11/4/2022:**

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge