UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIJEER PARKS,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. MCCORMAC, *et al.*,<br><br>      Defendants. | Civil Action No.<br><br>21-4021 (JXN) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a November 29, 2022 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 30th day of November 2022, ORDERED** that the Pretrial Scheduling Order entered August 11, 2021 (ECF No. 32), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **January 31, 2023**.  No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **February 14, 2023**.  Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **March 15, 2023**.  Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **a date to be assigned**.

5. The parties shall appear for a telephonic status conference before the undersigned on **February 23, 2023 at 4:00 p.m.**  The parties shall submit concise status letters to the Court

no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

6. The parties shall appear for a settlement conference before the undersigned on **March 27, 2023 at 10:00 a.m.** The Court will advise the parties of the means by which the conference will be held prior to that date. Clients with full and immediate settlement authority must attend for the duration unless excused by the Court. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

              *s/ Leda Dunn Wettre*
              Hon. Leda Dunn Wettre
              United States Magistrate Judge