UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIJEER PARKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN E. MCCORMAC, *et al.*,<br><br>　　　　Defendants. | Civil Action No.<br><br>21-4021 (JXN) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a March 13, 2023 telephone conference before the undersigned, and the parties having requested additional time to complete and serve expert reports, and for good cause shown,

**IT IS, on this 13th day of March 2023, ORDERED** that the Pretrial Scheduling Order entered August 11, 2021 (ECF No. 32), as subsequently amended, is hereby further amended as follows:

1. The settlement conference set for **March 27, 2023 at 10:00 a.m.** before the undersigned shall proceed as scheduled via Zoom. The Court will circulate Zoom log-in information to counsel prior to that date. Clients with full and immediate settlement authority must attend for the duration unless excused by the Court. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

2. In the event that this action is not resolved at the March 27, 2023 settlement conference, expert discovery shall proceed as set forth below.

3. All affirmative expert reports shall be delivered by **April 1, 2023**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **May 1, 2023**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **June 2, 2023**.

6. The parties shall appear for a telephonic status conference before the undersigned on **June 5, 2023 at 3:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

                                            *s/ Leda Dunn Wettre*
                                            Hon. Leda Dunn Wettre
                                            United States Magistrate Judge