UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIJEER PARKS,<br><br>      Plaintiffs,<br><br>v.<br><br>JOHN E. MCCORMAC, *et al.*,<br><br>      Defendants. | Civil Action No.<br><br>21-4021 (JXN) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a March 27, 2023 settlement conference before the undersigned, which did not resolve the action; and the Court having convened a case management conference with all counsel at the conclusion of the settlement conference to determine the appropriate next steps in the litigation; and counsel for the Woodbridge Defendants having reiterated their desire to depose the Middlesex County Prosecutor Defendants, as to whom discovery is stayed in light of their pending Motion to Dismiss (ECF No. 80); and for good cause shown,

**IT IS** on this day, March 27, 2023:

**ORDERED** that:

1. On or before **April 3, 2023**, counsel for the Woodbridge Defendants and Middlesex County Prosecutor Defendants shall file with the Court a joint letter setting forth their respective positions on the proposed depositions of defendants Kuberiet and Nastasi.

2. Counsel shall appear for a telephonic conference before the undersigned on **May 4, 2023 at 4:00 p.m.**, during which the Court will address the parties' positions set forth in the above-mentioned letters. Dial-in information for the conference is (888) 684-8852, access

code 8948139. Given the upcoming May 4, 2023 conference, the telephone conference previously set for **June 5, 2023** before the undersigned is cancelled.

3. The Woodbridge Defendants' time to serve expert reports is extended without date pending adjudication of the issue concerning the proposed depositions of the Middlesex County Prosecutors.

_s/ Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge