## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

NIJEER PARKS
    Plaintiff

Vs

JOHN E. McCORMACK, MAYOR OF
WOODBRIDGE, et alii

    Defendants

CIVIL ACTION
No: 2:21-cv-04021 JXN- LDW

NOTICE OF VOLUNTALRY DISMISSAL PURSUANT TO FRCP  41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i)    of the Federal Rules of Civil procedure the plaintiffs and their counsel hereby give notice that the above referenced action is voluntarily dismissed, without prejudice against Defendants Middlesex County Prosecutor, Acting Prosecutor Christopher Kuberiet, in his individual and official capacity, and Assistant County Prosecutor, Peter Natasi, in his individual and official capacity.

Date: July 23, 2023

Daniel W. Sexton, Counsel for Plaintiffs
229 New Centre Road,
Hillsborough, NJ  08844
(201) 406 – 9960   DanielSextonEsq@gmail.com