UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

NIJEER PARKS
Plaintiff

Vs

JOHN E. McCORMACK, MAYOR OF
WOODBRIDGE, et alii

Defendants

CIVIL ACTION
No: 2:21-cv-04021 JXN- LDW

NOTICE OF VOLUNTALRY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

---

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil procedure the plaintiffs and their counsel hereby give notice that the above referenced action is voluntarily dismissed, without prejudice against Defendants Middlesex County Prosecutor, Acting Prosecutor Christopher Kuberiet, in his individual and official capacity, and Assistant County Prosecutor, Peter Natasi, in his individual and official capacity.

Date: July 23, 2023

Daniel W. Sexton, Counsel for Plaintiffs
229 New Centre Road,
Hillsborough, NJ 08844
(201) 406 – 9960   DanielSextonEsq@gmail.com

So ORDERED on 7/25/2023:

JULIEN XAVIER NEALS
United States District Judge