UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIJEER PARKS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN E. MCCORMAC, *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>21-4021 (JXN) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

    **THIS MATTER** having come before the Court by way of a July 31, 2023 telephone conference before the undersigned; and the Court, by Order of May 26, 2023 (ECF No. 99), having stayed all discovery pending adjudication of the Motion to Dismiss filed by defendants Kuberiet and Nastasi; and plaintiff having voluntarily dismissed those defendants from this action (*see* ECF No. 100) and having thereby mooted their pending Motion to Dismiss (*see* ECF No. 102); and the Court having discussed with counsel for the remaining parties a schedule for the completion of discovery during the telephonic conference on this date; and for good cause shown,

    **IT IS, on this 31st day of July 2023, ORDERED** that the Pretrial Scheduling Order entered August 11, 2021 (ECF No. 32), as subsequently amended, is hereby further amended as follows:

1. Defendants' liability expert report shall be served by **September 15, 2023**.
2. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **October 31, 2023**.
3. Counsel shall submit a joint proposed briefing schedule for Defendants' anticipated motion for summary judgment on or before **August 15, 2023**.

4. The parties shall appear for a telephonic status conference before the undersigned on **November 8, 2023 at 4:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

                                               *s/ Leda Dunn Wettre*
                                               Hon. Leda Dunn Wettre
                                               United States Magistrate Judge