

| | James P. Nolan, Jr., ID #004591987 |
|---|---|
| LAW OFFICES OF<br>**JAMES P. NOLAN**<br>**&**<br>**ASSOCIATES**<br>A Limited Liability Company | *Certified Criminal Trial Attorney*<br>F. Larry Magro<br>Eric L. Lange, ID #038441997<br>*Admitted in NY & NJ*<br>Brian A. Bontempo, ID #151162016<br>Garry J. Clemente, ID #305992020<br>Sanford Rader – In Memoriam<br>1960-2018 |

December 6, 2023

***Via Electronic Filing Only***
William T. Walsh, Clerk of the Court
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> ***Re: Nijeer Parks v. Township of Woodbridge, et al.***
> ***Civil Action No. 2:21-cv-04021-JXN-LDW***

Dear Mr. Walsh:

Please be advised that this firm represents the interests of Defendants, John E. McCormac of the Township of Woodbridge, Robert Hubner, Director of the Woodbridge Police Department, Township of Woodbridge, Township of Woodbridge Police Officer Andrew Lyszyk and Woodbridge Police Sergeant Joseph Licciardi, with respect to the above-referenced matter. Enclosed herewith please find Defendants' Motion for Summary Judgment to Dismiss Plaintiff's Second Amended Complaint with Prejudice against Defendants, as well as the Certification of Service, Certification of Exhibits, Preliminary Statement, Statement of Facts, Brief and Proposed Form of Order. Kindly provide counsel with an electronically filed copy of same at your earliest convenience.

Thank you for your kind attention to this matter.

Respectfully submitted,

/s/ Garry J. Clemente, Esq.

Enc.
Cc:  Honorable Julien X. Neals, U.S.D.J.
    (Courtesy Copy via overnight delivery)
    Honorable Leda D. Wettre, U.S.M.J.
    (Courtesy Copy via overnight delivery)
    Daniel W. Sexton, Esq.
    (Via electronic filing)

**61 GREEN STREET, WOODBRIDGE, NJ  07095**
**PHONE: (732) 636-3344   FAX: (732) 636-1175**