**Garry J. Clemente, Esq.**
**ATTORNEY ID. NO. 305992020**
**JAMES P. NOLAN AND ASSOCIATES, L.L.C.**
**61 GREEN STREET, WOODBRIDGE, NEW JERSEY 07095**
**TELEPHONE: (732) 636-3344 FAX: (732) 636-1175**
**Attorneys for Defendants, Mayor of Woodbridge Township, John E. McCormac, Woodbridge Police Department Director Robert Hubner, Township of Woodbridge, Woodbridge Police Officer Andrew Lyszyk, Woodbridge Police Sergeant Joseph Licciardi**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NIJEER PARKS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 2:21-cv-04021-JXN-LDW |
| -v- | : | |
| | : | **(PROPOSED) ORDER** |
| JOHN E. MCCORMACK, MAYOR OF | : | |
| WOODBRIDGE, et al. | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on the Motion of Garry J. Clemente, Esq. of the Law Office of James P. Nolan & Associates, LLC, on behalf of Woodbridge Township Mayor John McCormac, Police Director Robert Hubner, Police Officer Andrew Lyszyk, and Sergeant Joseph Licciardi (herein, the "Woodbridge Defendants") for summary judgment dismissing all of Plaintiff's claims with prejudice, and the Court having considered the Briefs in support of the Motion, and the opposition thereto, as well as the oral arguments of the parties, and for good cause having been shown:

**IT IS ON THIS** _____ day of _____ 2024:

1

**ORDERED** that the Woodbridge Defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 is hereby **GRANTED;** and it is further

**ORDERED** that Plaintiff's Second Amended Complaint is hereby dismissed in its entirety with prejudice as against the Woodbridge Defendants; and it is further

**ORDERED** that a copy of the within Order shall be electronically filed with the Clerk of the Court.

_____

Honorable Julien X. Neals, U.S.D.J.