**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NIJEER PARKS,<br>*Plaintiff,*<br>v.<br>JOHN E. McCORMAC, et al.,<br>*Defendants*. | Civil Action No.:<br>2:21-cv-04021-JKS-LDW<br><br>**ORDER ADMITTING COUNSEL *PRO HAC VICE*** |

THIS MATTER having been brought before the Court by Dillon Reisman, Esq. [“movant”], attorney for *amici curiae* the American Civil Liberties Union of New Jersey (“ACLU-NJ”) and the American Civil Liberties Union (“ACLU”), on application for an Order allowing Nathan Freed Wessler [“counsel”], to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application;

It is on this 21st day of February, 2024,

ORDERED that Nathan Freed Wessler, member in good standing of the bars of New York and Massachusetts, is granted permission to appear *pro hac vice* in the above-captioned matter on behalf of *amici curiae* the ACLU-NJ and the ACLU pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by movant, or other co-counsel who are admitted to the Bar of this Court and movant shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of counsel admitted hereby; and it is further

ORDERED that counsel shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

ORDERED that counsel shall make payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days of the date of the entry of this Order; and it is further

ORDERED that counsel shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

ORDERED that counsel may file a request with the Clerk of Court, the form of which is available at the Court's website, to receive electronic notifications in this matter.

IT IS SO ORDERED:

DATED this 21st day of February, 2024.

Leda Dunn Wettre

Hon. Leda D. Wettre, U.S.M.J.